# Exhibit A

*Life Insurance Application Part I* — *The Lincoln National Life Insurance Company*

**PROPOSED INSURED A** *(Please Print in Blue or Black Ink)* B35 - Page 1a

1a. Name *(First, Middle Initial & Last)* PAUL E. L'Archevesque — 1b. ☐ Female ☑ Male

1c. Residence Address *(No. Street, P.O. Box)*

City PALM BEACH State FL Zip Code 33480

1d. US Citizen ☑ Yes ☐ No — If No, what country?

1e. DOB *(MM/DD/YY)* — 1f. Birth State MA — 1g. SSN

1h. Occupation EXECUTIVE — 1i. Driver's License No. & State

1j. Employer's Name & Address ELMWOOD DODGE, INC. 625 TAUNTON AVE, EAST PROVIDENCE RI — 1k. Insured phone number & most convenient time to contact: Home (   ) ☐ AM ☐ PM; Work (   ) ☐ AM ☐ PM

2a. List all Life Insurance or Annuities presently in force or currently applied for. *(Provide details.)* ☐ None

| COMPANY | AMOUNT | IN FORCE | APPLIED FOR |
|---|---|---|---|
| SunLiFE (SURV) | $2.0M | ☑ | ☐ |
| NAmerican (SURV) | $2.0M | ☑ | ☐ |
| | | ☐ | ☐ |

2b. What is the total amount of new life insurance coverage that will be placed in force with all companies, including this application? 2aM

3. Have you or will you replace, discontinue coverage, stop paying premiums, initiate a reduction in face amount, or borrow or surrender cash value on any Life Insurance or Annuity if this insurance is issued? *(If "Yes", provide details.)* ☐ Yes ☑ No

| COMPANY | POLICY NO. | AMOUNT | ISSUE DATE | 1035 EXCHANGE |
|---|---|---|---|---|
| | | | | ☐ Yes |
| | | | | ☐ Yes |
| | | | | ☐ Yes |
| | | | | ☐ Yes |

4a. Do you contemplate flying, or have you flown during the past 2 years as a pilot, student pilot or crew member? *(If "Yes", an Aviation supplement is required.)* ☐ Yes ☑ No

4b. Do you plan to participate or, have you participated within the past 2 years, in motor vehicle or boat racing, hang gliding, sky, or scuba diving or similar sports? *(If "Yes", an Avocation Questionnaire is required.)* ☐ Yes ☑ No

4c. Do you contemplate residence or any travel outside of the United States or Canada within the next year? *(If "Yes", a Foreign Travel or Residence Questionnaire is required.)* ☐ Yes ☑ No

4d. Have you ever used tobacco or products containing nicotine? *(If "Yes", check all that apply.)* ☐ Yes ☑ No

| Type | Cigarettes ☐ | Cigar ☐ | Pipe ☐ | Chewing Tobacco ☐ | Snuff ☐ | Nicotine Patches/Gum ☐ |
|---|---|---|---|---|---|---|
| Date First Used | | | | | | |
| Date Last Used | | | | | | |
| Quantity | | | | | | |

*If you answer "Yes" to any of the following questions, please give details in space provided below.*

4e. Have you had any convictions within the past 3 years for motor vehicle moving violations, or had your license suspended, revoked or restricted? ☐ Yes ☑ No

4f. Have you ever applied for any Life or Health Insurance which was denied, required an extra premium or was issued for a reduced amount? ☐ Yes ☑ No

4g. Have you ever been convicted of a felony? ☐ Yes ☑ No

5. **Details** *(List details from questions above; please include question number details pertain to.)*

*Life Insurance Application Part I* *The Lincoln National Life Insurance Company*

**PROPOSED INSURED B** *Relationship to Proposed Insured A* ______ B35 – Page 1b

1a. Name *(First, Middle Initial & Last)* 1b. ☐ Female ☐ Male

1c. Residence Address *(No, Street, P.O. Box)*

City State Zip Code

1d. US Citizen ☐ Yes ☐ No If No, what country?

1e. DOB *(MM/DD/YY)* 1f. Birth State 1g. SSN

1h. Occupation 1i. Driver's License No. & State

1j. Employer's Name & Address 1k. Insured phone number & most convenient time to contact
Home (___)__________ ☐ AM ☐ PM
Work (___)__________ ☐ AM ☐ PM

2a. List all Life Insurance or Annuities presently in force or currently applied for. *(Provide details.)* ☐ None

| COMPANY | AMOUNT | IN FORCE | APPLIED FOR |
|---|---|---|---|
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

2b. What is the total amount of new life insurance coverage that will be placed in force with all companies, including this application? __________

3. Have you or will you replace, discontinue coverage, stop paying premiums, initiate a reduction in face amount, or borrow or surrender cash value on any Life Insurance or Annuity if this insurance is issued? *(If "Yes", provide details.)* ☐ Yes ☐ No

| COMPANY | POLICY NO. | AMOUNT | ISSUE DATE | 1035 EXCHANGE |
|---|---|---|---|---|
| | | | | ☐ Yes |
| | | | | ☐ Yes |
| | | | | ☐ Yes |
| | | | | ☐ Yes |

4a. Do you contemplate flying, or have you flown during the past 2 years as a pilot, student pilot or crew member? *(If "Yes", an Aviation supplement is required.)* ☐ Yes ☐ No

4b. Do you plan to participate or, have you participated within the past 2 years, in motor vehicle or boat racing, hang gliding, sky, or scuba diving or similar sports? *(If "Yes", an Avocation Questionnaire is required.)* ☐ Yes ☐ No

4c. Do you contemplate residence or any travel outside of the United States or Canada within the next year? *(If "Yes", a Foreign Travel or Residence Questionnaire is required.)* ☐ Yes ☐ No

4d. Have you ever used tobacco or products containing nicotine? *(If "Yes", check all that apply.)* ☐ Yes ☐ No

| Type | Cigarettes ☐ | Cigar ☐ | Pipe ☐ | Chewing Tobacco ☐ | Snuff ☐ | Nicotine Patches/Gum ☐ |
|---|---|---|---|---|---|---|
| Date First Used | | | | | | |
| Date Last Used | | | | | | |
| Quantity | | | | | | |

*If you answer "Yes" to any of the following questions, please give details in space provided below.*

4e. Have you had any convictions within the past 3 years for motor vehicle moving violations, or had your license suspended, revoked or restricted? ☐ Yes ☐ No

4f. Have you ever applied for any Life or Health Insurance which was denied, required an extra premium or was issued for a reduced amount? ☐ Yes ☐ No

4g. Have you ever been convicted of a felony? ☐ Yes ☐ No

5. **Details** *(List details from questions above; please include question number details pertain to.)*

**POLICY INFORMATION** B35 - Page 2

6a. Plan of Insurance UL UPR-6 6b. Amount $ 10,000,000

(If you are applying for MoneyGuard Long Term Care, please complete the MoneyGuard LTC Supplement to Application.)

6c. Death Benefit Option *(Complete for Universal Life and Variable Universal Life Products)*

☑ 1-Level ☐ 2-Increase/Cash Value ☐ 3-Increase by: *(Check one)* ☐ Premium ☐ Premium Less Policy Factor

6d. Supplemental Benefits or Riders/If Available *(Provide full details if applicable; e.g. face amounts, start year, end year, etc.)*

6e. Save Age ☐ Yes ☐ No (If not saving age, policy will be current dated.)

**BILLING INFORMATION**

7a. Premium Frequency ☑ Annually ☐ Semi-Annually ☐ Quarterly ☐ Monthly (PAC/EFT)

7b. Special Billing *(Check one, if applicable.)* ☐ New List Bill ☐ Existing List Bill *(provide #)* ____________

7c. Automatic Premium Loan *(Complete for Term & Whole Life only.)* ☐ Yes ☐ No

7d. Premium Notices To *(Check all that apply.)*

☐ Insured at Residence ☐ Insured at Business ☑ Owner *(Provide address below.)* ☐ Other ____________

**OWNER**

- If a **Trust**, provide Trustee Name(s), Trust Name and Date of Trust.
- If **Split Dollar Endorsement**, provide Owner's Name & Interest, Sub-Owner name and Relationship.
- If **Split Dollar Assignment**, submit appropriate assignment form **AFTER** policy is in force.

8a. Primary *(Provide full name, Social Security Numbers and relationship.)*

The Paul E. L'Archevesque Special Trust-2006 DATED 1/5/06

JAY L'Archevesque, TRUSTEE

8b. If **Multiple owners** *(Check one.)* ☐ Joint with Right of Survivorship ☐ Tenants in Common *(Specify shares in fractions or percentages.)*

8c. Contingent *(Provide full name, Social Security Numbers and relationship)*

8d. Owner Address *(No. Street, P.O. Box)* c/o ELMWOOD DODGE (PERSONAL), 625 TAUNTON AVE.

City EAST PROVIDENCE State RI Zip Code 02914

8e. Owner Social Security/Tax Identification Number ____________

8f. Will this policy be funded through a split dollar arrangement? ☐ Yes ☐ No

**TRUST VERIFICATION**

I/WE hereby certify that the Trustee(s) named in this application are the Trustee(s) for the named Trust, which is in full force and effect. The Lincoln National Life Insurance Company (hereinafter "Company") shall not be obliged to inquire into the terms of any trust agreement affecting this policy and shall not be chargeable with knowledge of the terms thereof. The Company may rely solely upon the signature(s) of the Trustee(s) named in this application to any receipt, release or waiver, or to any transfer or other instrument affecting this policy or any options privileges or benefits thereunder. Unless otherwise indicated, the signature(s) of all Trustee(s) named, or their successors, will be required to exercise any contractual right under the policy. The Company shall have no obligation to see to the use or application of any funds paid to the Trustee(s) in accordance with the terms of the policy. Any such payment made by the Company to the Trustee(s) shall fully discharge the Company with respect to any amounts so paid.

**BENEFICIARY** *Beneficiaries share equally unless otherwise indicated.*

- If a Trust, provide Trustee Name(s), Trust Name and Date of Trust.

9a. Primary *(Provide full name, Social Security Numbers and relationship.)*

The PAUL E. L'Archevesque Special Trust-2006 dated 1/5/2006

JAY L'Archevesque, TRUSTEE

9b. Contingent *(Provide full name, Social Security Numbers and relationship.)*

**NON-MEDICAL PROPOSED INSURED A** *(Answer this section only when required)* **B35 - Page 3a**
*(If you answer "Yes" to any of the following questions, please give details in space provided below)*

10. Provide full name/address/phone number of personal physician(s) and any other physicians seen. Include date of last visit, reason, tests performed & treatment received:

Dr. Zak 508-679-1906
901 So. Main St., Fall River MA 02724
11/2005 - ✓ chol

| | | Yes | No |
|---|---|---|---|
| 11. | Have you had or been advised to have a check-up, EKG, x-ray, blood or urine test or any other diagnostic test? | ☐ | ☑ |
| 12. | Have you been a patient in a hospital, clinic, sanatorium or other medical facility, or been advised to have any hospitalization or surgery which has not been completed? | ☐ | ☑ |
| 13. | **Have you ever had any indication of, or been treated for:** | **Yes** | **No** |
| a. | Chest pain, high blood pressure, heart disease, heart murmur or other disorders of the heart or blood vessels? | ☐ | ☑ |
| b. | Ulcers, colitis, jaundice, or other diseases of the stomach, liver, intestines, gallbladder, kidney or urinary bladder? | ☐ | ☑ |
| c. | Seizures, fainting, dizziness, epilepsy, stroke or paralysis? | ☐ | ☑ |
| d. | Any nervous, mental, or emotional disorder, or received counseling for anxiety, depression, stress or any other emotional condition? | ☐ | ☑ |
| e. | Any tumor, cancer, cysts, skin disorder or any disorder of the lymph nodes? | ☐ | ☑ |
| f. | Arthritis, gout, or any disorder of the back, spine, muscles, nerves, bones or joints? | ☐ | ☑ |
| g. | Diabetes, thyroid, or other endocrine or glandular disorder? | ☐ | ☑ |
| h. | Anemia or any other blood disorder? | ☐ | ☑ |
| i. | Asthma, emphysema, shortness of breath, allergies, sleep apnea or any other disorder of the respiratory system? | ☐ | ☑ |
| j. | Any disorder of the eyes, ears, nose or throat? | ☐ | ☑ |
| k. | Any complication of pregnancy or disorder of the testicles, prostate, breasts, ovaries, uterus or cervix? | ☐ | ☑ |
| l. | Any mental or physical disorder not listed above? | ☐ | ☑ |
| 14. | Have you ever been diagnosed as having or been treated by a physician for Acquired Immune Deficiency Syndrome or an AIDS related condition? | ☐ | ☑ |
| 15. | Have you used alcoholic beverages? *(If Yes, Provide Type, Frequency & Amount)* Type wine Frequency occasional Amount 1 gl. | ☑ | ☐ |
| 16. | Have you ever been treated for drug or alcohol abuse or been advised by your doctor to limit your use of alcohol or any medication, prescribed or not? Have you ever used hallucinogenic or narcotic drugs not prescribed by a doctor? | ☐ | ☑ |

17. List all medication and dosages you are currently taking to include prescriptions, over the counter drugs, aspirin and herbal supplements.

Lethitin, Flaxseed Oil, MVIT, GARLIC

18. **Details** *(List details from questions above; please include question number and insured details pertain to.)*

19. Height 5'8" Weight 170 Indicate any weight change in past year 0 Birth Weight ____ *(if age 5 or younger)*

20.

| | Age if Living & Health Status | Diabetes, Cancer, Heart Disease? | Age at Death & Cause | Diabetes, Cancer, Heart Disease? |
|---|---|---|---|---|
| a. Father | | | 65 Aneurysm | |
| b. Mother | | | 67 MI | HEART DIS. |
| c. Sibling(s) | 70, 74 good health | | | |

**NON-MEDICAL PROPOSED INSURED B** *(Answer this section only when required.)* B35 – Page 3b
*(If you answer "Yes" to any of the following questions, please give details in space provided below.)*

10. Provide full name/address/phone number of personal physician(s) and any other physicians seen. Include date of last visit, reason, tests performed & treatment received:

______________________________

______________________________

______________________________

| | | Yes | No |
|---|---|---|---|
| 11. | Have you had or been advised to have a check-up, EKG, x-ray, blood or urine test or any other diagnostic test? | ☐ | ☐ |
| 12. | Have you been a patient in a hospital, clinic, sanatorium or other medical facility, or been advised to have any hospitalization or surgery which has not been completed? | ☐ | ☐ |
| 13. | **Have you ever had any indication of, or been treated for:** | **Yes** | **No** |
| a. | Chest pain, high blood pressure, heart disease, heart murmur or other disorders of the heart or blood vessels? | ☐ | ☐ |
| b. | Ulcers, colitis, jaundice, or other diseases of the stomach, liver, intestines, gallbladder, kidney or urinary bladder? | ☐ | ☐ |
| c. | Seizures, fainting, dizziness, epilepsy, stroke or paralysis? | ☐ | ☐ |
| d. | Any nervous, mental, or emotional disorder, or received counseling for anxiety, depression, stress or any other emotional condition? | ☐ | ☐ |
| e. | Any tumor, cancer, cysts, skin disorder or any disorder of the lymph nodes? | ☐ | ☐ |
| f. | Arthritis, gout, or any disorder of the back, spine, muscles, nerves, bones or joints? | ☐ | ☐ |
| g. | Diabetes, thyroid, or other endocrine or glandular disorder? | ☐ | ☐ |
| h. | Anemia or any other blood disorder? | ☐ | ☐ |
| i. | Asthma, emphysema, shortness of breath, allergies, sleep apnea or any other disorder of the respiratory system? | ☐ | ☐ |
| j. | Any disorder of the eyes, ears, nose or throat? | ☐ | ☐ |
| k. | Any complication of pregnancy or disorder of the testicles, prostate, breasts, ovaries, uterus or cervix? | ☐ | ☐ |
| l. | Any mental or physical disorder not listed above? | ☐ | ☐ |
| 14. | Have you ever been diagnosed as having or been treated by a physician for Acquired Immune Deficiency Syndrome or an AIDS related condition? | ☐ | ☐ |
| 15. | Have you used alcoholic beverages? *(If Yes, Provide Type, Frequency & Amount.)* Type ________ Frequency ________ Amount ________ | ☐ | ☐ |
| 16. | Have you ever been treated for drug or alcohol abuse or been advised by your doctor to limit your use of alcohol or any medication, prescribed or not? Have you ever used hallucinogenic or narcotic drugs not prescribed by a doctor? | ☐ | ☐ |

17. List all medication and dosages you are currently taking to include prescriptions, over the counter drugs, aspirin and herbal supplements.

______________________________

______________________________

______________________________

18. **Details** *(List details from questions above; please include question number and insured details pertain to.)*

______________________________

______________________________

______________________________

______________________________

______________________________

19. Height _____ Weight _____ Indicate any weight change in past year ________ Birth Weight _____ *(If age 5 or younger)*

| 20. | Age if Living & Health Status | Diabetes, Cancer, Heart Disease? | Age at Death & Cause | Diabetes, Cancer, Heart Disease? |
|---|---|---|---|---|
| a. Father | | | | |
| b. Mother | | | | |
| c. Sibling(s) | | | | |

18. **Continued** *(List details from questions on Life Insurance Application Part I. Please include question number and insured details pertain to.)*

**FRAUD NOTICE** B35 – Page 4

Any person who knowingly and with intent to defraud any Insurance Company or other person files an application for Insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, as determined by a court of competent jurisdiction.

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**

Under penalties of perjury, it is certified that (a) the social security or Employer ID numbers shown in this application are correct taxpayer identification numbers, and (b) the holders of said numbers are not subject to any backup withholding of U.S. Federal income tax for failure to report interest or dividends.

**CERTIFICATIONS**

I/WE have read the questions and answers in this application and declare that they are complete and true to the best of my (our) knowledge and belief. I/WE agree, a) that this Application shall form a part of any Policy issued, and b) that no Agent/Representative of the Company shall have the authority to waive a complete answer to any question in this Application, make or alter any contract, or waive any of the Company's other rights or requirements. I/WE further agree that (except as provided in the Temporary Life Insurance Agreement if advance payment has been made or acknowledged below and such Agreement issued), insurance will take effect under the Policy only when: 1) the Policy has been delivered to and accepted by me/us; 2) the initial premium has been paid in full during the lifetime of the Proposed Insured(s); and 3) the Proposed Insured(s) remain in the same state of health and insurability as described in each part of the application at the time conditions 1) and 2) are met.

I/WE have paid $ Ø to the Agent/Representative in exchange for the Temporary Life Insurance Agreement, and I/we acknowledge that I (we) fully understand and accept its terms.

**AUTHORIZATION**

The purpose of this authorization is to allow The Lincoln National Life Insurance Company, hereinafter Company, to determine eligibility for life coverage or a claim for benefits under a life policy.

I/WE authorize any medical professional, hospital or other medical institution, insurer, MIB, Inc., or any other person or organization that has any records or knowledge of me/us or my/our physical or mental health or insurability to disclose that information to the Company, its reinsurers, or any other party acting on the Company's behalf.

I/WE authorize the Company to disclose medical information to MIB, Inc., and to other insurers to whom I/we may apply for coverage.

This authorization shall be valid for two years after it is signed. A photographic copy of this authorization shall be as valid as the original. I/We will be given a copy of this authorization at my/our request.

I/WE understand that I/we may revoke this authorization at any time by written notification to the Company; however, any action taken prior to notification will not be affected.

If an investigative consumer report is obtained, I/we ☐ DO ☑ DO NOT request to be interviewed.

I/WE ACKNOWLEDGE receipt of the Important Notice containing the Privacy Notice, Investigative Consumer Report, and MIB, Inc., Information.

Providence RI

Dated at *(City and State)*

[signature] Signature of Proposed Insured A | [signature] Witness | 2/16/06 Date

Signature of Proposed Insured B | Witness | Date

[signature] Signature of Applicant/Owner/Trustee *(Provide Officer's Title if policy is owned by a Corporation.)* | [signature] Witness | 2/16/06 Date

## FINANCIAL INFORMATION



1. Purpose of Insurance: *(Check one.)*
   - ☐ Buy/Sell ☐ Charitable Gift ☐ Deferred Compensation ☑ Estate Planning ☐ Family Income
   - ☐ Key Person ☐ Outright Gift ☐ Pension/Profit Sharing ☑ Other ESTATE LIQUIDITY
2. Does the client intend to use the policy for any type of viatical settlement, senior settlement, life settlement or for any other secondary market?
   - ☐ Yes ☑ No
3. How long have you known the proposed insured? 5+ yrs.

4a. Total Net Worth *(Exclusive of Life Insurance.)* $20,000,000

4b. Annual Earned Income $150,000

4c. Other Income $500,000

5. Total Amount of Life Insurance in force on the insured's parents and siblings? *(Juvenile only, provide details below.)*

| | AMOUNT | | AMOUNT |
|---|---|---|---|
| Father | | Sibling | |
| Mother | | Sibling | |
| Sibling | | Sibling | |

## AGENT CERTIFICATION *(This section must be signed by the representative/agent who completed the application and is signing below.)*

**The Licensed Representative/Agent signing below certifies that:**

1) I have asked all the questions on this application, and I recommend this risk to the Company without reservation.
2) I have asked my client if there is an intention to replace, surrender, borrow against, sell or use any portion of any existing life insurance policy or annuity to finance any portion of the policy being applied for. *If a replacement is intended, I have given the appropriate Replacement forms and the Lincoln Replacement Brochure to the client at the time of application.*

VJP, Inc.
By: [signature]

**Licensed Representative/Agent Signature**

Vincent J. Passanenti

**Print Licensed Representative/Agent Name**

## COMPENSATION INFORMATION *(Please complete this section in its entirety to ensure the appropriate parties are compensated.)*

| PRINT FULL NAME | SOCIAL SECURITY NO. | PRODUCER OR SA/PC CODE | OFFICE CODE | SPLIT % |
|---|---|---|---|---|
| Controlling Producer VJP, Inc. | | | | 100% |
| Second Producer | | | | |
| Third Producer | | | | |
| Fourth Producer | | | | |
| Fifth Producer | | | | |

**Complete this section if you are affiliated with a MGA, RAM or RD.**

MGA Name

RAM Name

Broker Dealer

Planning Specialist

Broker Dealer Client Account #

*FOR VARIABLE BUSINESS ONLY*

Registered Representative/Agent Election *(Election is irrevocable – contact your broker/dealer for details.)* *(Check one box only.)* ☐ A ☐ B ☐ C

*Life Insurance Application Part II* *The Lincoln National Life Insurance Company*

| Proposed Insured Name *(First, Middle Initial, Last)* | Date of Birth *(MM/DD/YYYY)* | *Social Security Number* |
|---|---|---|
| Paul E L'Archevesque | | |

If you answered yes to any of the following questions, please give details in space provided below. B36

1. Provide full name/address/phone number of personal physician(s) and any other physicians seen. Include date of last visit, reason, tests performed & treatment received:
Dr. Zak

| | Question | Yes | No |
|---|---|---|---|
| 2. | Have you had or been advised to have a check-up, EKG, x-ray, blood or urine test or any other diagnostic test? | ☐ | ☑ |
| 3. | Have you been a patient in a hospital, clinic, sanatorium or other medical facility, or been advised to have any hospitalization or surgery which has not been completed? | ☐ | ☑ |
| 4. | **Have you ever had any indication of, or been treated for:** | | |
| a. | Chest pain, high blood pressure, heart disease, heart murmur or other disorders of the heart or blood vessels? | ☐ | ☑ |
| b. | Ulcers, colitis, jaundice, or other diseases of the stomach, liver, intestines, gallbladder, kidney or urinary bladder? | ☐ | ☑ |
| c. | Seizures, fainting, dizziness, epilepsy, stroke or paralysis? | ☐ | ☑ |
| d. | Any nervous, mental, or emotional disorder, or received counseling for anxiety, depression, stress or any other emotional condition? | ☐ | ☑ |
| e. | Any tumor, cancer, cysts, skin disorder or any disorder of the lymph nodes? | ☐ | ☑ |
| f. | Arthritis, gout, or any disorder of the back, spine, muscles, nerves, bones or joints? | ☐ | ☑ |
| g. | Diabetes, thyroid, or other endocrine or glandular disorder? | ☐ | ☑ |
| h. | Anemia or any other blood disorder? | ☐ | ☑ |
| i. | Asthma, emphysema, shortness of breath, allergies, sleep apnea or any other disorder of the respiratory system? | ☐ | ☑ |
| j. | Any disorder of the eyes, ears, nose or throat? | ☐ | ☑ |
| k. | Any complication of pregnancy or disorder of the testicles, prostate, breasts, ovaries, uterus or cervix? | ☐ | ☑ |
| l. | Any mental or physical disorder not listed above? | ☐ | ☑ |
| 5. | Have you ever been diagnosed as having or been treated by a physician for Acquired Immune Deficiency Syndrome or an AIDS related condition? | ☐ | ☑ |
| 6. | Have you used alcoholic beverages? *(If Yes, Provide Type, Frequency & Amount)* Type Wine Frequency occasional Amount 1 glass | ☐ | ☑ |
| 7. | Have you ever been treated for drug or alcohol abuse or been advised by your doctor to limit your use of alcohol or any medication, prescribed or not? Have you ever used hallucinogenic or narcotic drugs not prescribed by a doctor? | ☐ | ☑ |
| 8. | Have you ever used tobacco or products containing nicotine? *(If "Yes", check all that apply.)* | ☐ | ☑ |

| Type | Cigarettes ☐ | Cigar ☐ | Pipe ☐ | Chewing Tobacco ☐ | Snuff ☐ | Nicotine Patches/Gum ☐ |
|---|---|---|---|---|---|---|
| Date First Used | | | | | | |
| Date Last Used | | | | | | |
| Quantity | | | | | | |

9. List all medications/dosages you are taking to include prescriptions, over the counter drugs, aspirin and herbal supplements.
Lethitin, Flaxseed Oil, MultiVit, Garlic

10. **Details** *(List details from questions above; please include question number details pertain to. If more space is required use the "Continuation of Life Insurance Application Part II")*

11. Height 5'8" Weight 170 Indicate any weight change in past year 0 Birth Weight ____ *(If age 5 or younger.)*

12.

| | Age if Living & Health Status | Diabetes, Cancer, Heart Disease? | Age at Death & Cause | Diabetes, Cancer, Heart Disease? |
|---|---|---|---|---|
| a. Father | | | 65 - Aneurysm | |
| b. Mother | | | 67 - MI | H.D. |
| c. Sibling(s) | 70, 74 - good health | | | |

I hereby declare that the statements and answers to the above questions are complete and true to the best of my knowledge and belief. I agree that a copy of this shall be attached to and form a part of any policy issued.

[signature]
Signature of Proposed Insured

[signature]
Witness *(Examiner/Licensed Representative/Agent)*

E. Providence RI
Dated at *(City and State)*

2/16/06
Date