# Exhibit B

Policy Number 7229888

Insured PAUL E L'ARCHEVESQUE

Initial Specified Amount $5,000,000 Date of Issue MARCH 1, 2006

# The Lincoln National Life Insurance Company

A Stock Company Home Office Location: Fort Wayne, Indiana

Administrator Mailing Address: The Lincoln National Life Insurance Company
350 Church Street
Hartford, CT 06103-1106

The Lincoln National Life Insurance Company ("Lincoln Life") agrees to pay the Death Benefit to the Beneficiary upon receipt of due proof of the Insured's death during the continuance of the policy. Such payment shall be made as provided under *GENERAL PROVISIONS*, **Payment of Proceeds.** Lincoln Life further agrees to pay the Surrender Value to the Owner upon surrender of the policy.

**Right to Examine the Policy.** The policy may be returned to the insurance agent through whom it was purchased or to Lincoln Life within 10 days after its receipt (30 days after its receipt where required by law for policies issued in replacement of other insurance). If the policy is so returned, it will be deemed void from the Date of Issue, and Lincoln Life will refund the premium paid.

The policy is issued and accepted subject to the terms set forth on the following pages, which are made a part of the policy. In consideration of the application and the payment of premiums as provided, this policy is executed by Lincoln Life as of the Date of Issue.

Registrar

Dennis R. Glass
President

**Flexible Premium Adjustable Life Insurance Policy – Non-Participating**
Death Benefit payable in the event of death of the Insured. Adjustable Death Benefit.
Surrender Value payable upon surrender of the policy.
Flexible Premiums payable to the Insured's age 100 or death of the Insured, whichever is earlier.
Premium Payment Periods and Supplementary Coverages as shown in the *POLICY SPECIFICATIONS*.

# Table of Contents

Page*

Policy Specifications ........ 3
Table of Surrender Charges ........ 5
Corridor Percentages Table ........ 6
Table of Expense Charges ........ 7
Table of Guaranteed Maximum Cost of Insurance Rates ........ 8
Definitions ........ 9
Premium and Reinstatement Provisions ........ 10
Ownership, Assignment and Beneficiary Provisions ........ 11
Insurance Coverage Provisions ........ 12
Nonforfeiture Provisions ........ 15
Loan Provisions ........ 18
General Provisions ........ 18

Followed by Optional Methods of Settlement and any Riders

*Page 4 is intentionally "blank".

# Policy Specifications

Policy Number 7229888

| | | | |
|---|---|---|---|
| Insured | PAUL E L'ARCHEVESQUE | | |
| Initial Specified Amount | $5,000,000 | Date of Issue | MARCH 1, 2006 |
| Minimum Specified Amount | $25,000 | Age at Issue | 66 |
| Monthly Anniversary Day | 3 | Premium Class | STANDARD BEST |

**LN587 FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE**

**Specified Amount:** See Initial Specified Amount

**Effective Date:** MARCH 3, 2006

**Monthly Insurance Cost:** *See NONFORFEITURE PROVISIONS,* **Cost of Insurance**

**Years Deductible:** 34

**Death Benefit Option:** Death Benefit Option 1 (Level)

**Minimum Initial Premium:** $2,052.78 is the minimum amount due on or before the Date of Issue to commence coverage under this policy and to prevent the policy from lapsing prior to the first Monthly Anniversary Day.

**Payment Mode:** ANNUAL

**Note:** This policy may terminate prior to age 100 if actual premiums paid are insufficient to continue coverage to that date. However, coverage will be continued as long as the requirements under the Lapse Protection Rider are met and the No-Lapse Value, less Indebtedness, remains greater than zero.

# Policy Specifications

Policy Number 7229888

| | | | |
|---|---|---|---|
| Insured | PAUL E L'ARCHEVESQUE | | |
| Initial Specified Amount | $5,000,000 | Date of Issue | MARCH 1, 2006 |
| Minimum Specified Amount | $25,000 | Age at Issue | 66 |
| Monthly Anniversary Day | 3 | Premium Class | STANDARD BEST |

**Lapse Protection Rider**

Effective Date: Date of Issue

Date of Expiry: March 3, 2040

# Policy Specifications

Policy Number 7229888

| | | | |
|---|---|---|---|
| Insured | PAUL E L'ARCHEVESQUE | | |
| Initial Specified Amount | $5,000,000 | Date of Issue | MARCH 1, 2006 |
| Minimum Specified Amount | $25,000 | Age at Issue | 66 |
| Monthly Anniversary Day | 3 | Premium Class | STANDARD BEST |

**Owner**
WILMINGTON TRUST CO, TRUSTEE OF THE PAUL E L'ARCHEVESQUE SPECIAL REVOCABLE TRUST - 2006, DATED JANUARY 17, 2006, OR THE SUCCESSOR(S) IN SAID TRUST.

**Beneficiary**
WILMINGTON TRUST CO, TRUSTEE OF THE PAUL E L'ARCHEVESQUE SPECIAL REVOCABLE TRUST - 2006, DATED JANUARY 17, 2006, OR THE SUCCESSOR(S) IN SAID TRUST.

SECOND

This Page Intentionally Blank

## Table Of Surrender Charges

Upon either a full surrender of the policy or a decrease in Specified Amount made at the request of the Owner, a charge will be assessed based on the *TABLE OF SURRENDER CHARGES*, subject to the following conditions.

For decreases in Specified Amount, excluding full surrender of the policy, no such charge will be applied under the following circumstances:

1. where the decrease occurs after the tenth Policy Anniversary following the issuance of the Initial Specified Amount, or
2. where the decrease is directly caused by a Death Benefit Option change, or
3. where the decrease is caused by a partial surrender of Cash Value (i.e. withdrawal), or
4. where the decrease plus the sum of all prior decreases does not exceed 25% of the Initial Specified Amount.

For all other decreases in Specified Amount, the charge will be calculated as (1) minus (2), then divided by (3) and then multiplied by (4), where:

1. is the amount of this decrease plus any prior decreases,
2. is the greater of an amount equal to 25% of the Initial Specified Amount or the sum of all prior decreases,
3. is the Initial Specified Amount, and
4. is the then applicable surrender charge from the *TABLE OF SURRENDER CHARGES*.

Requests for decreases in Specified Amount may be limited by Lincoln Life to the extent there is insufficient Net Cash Value to cover the necessary charges.

Upon full surrender of the policy, the charge will be calculated as the entire amount shown in the *TABLE OF SURRENDER CHARGES* multiplied by one minus the percentage of Initial Specified Amount for which a surrender charge was previously assessed, if any. In no event will the charge assessed upon a full surrender exceed the then current Net Cash Value.

Separate surrender charge tables apply with respect to each increase in Specified Amount. For purposes of calculating charges for full surrenders of, or decreases in, such additional Specified Amounts, the amount of the increase will be considered a new "Initial Specified Amount".

| Policy Year | Surrender Charge as of Beginning of Policy Year | Policy Year | Surrender Charge as of Beginning of Policy Year |
|---|---|---|---|
| 1 | $300,000 | 11 | 180,800 |
| 2 | 288,400 | 12 | 168,350 |
| 3 | 276,800 | 13 | 155,500 |
| 4 | 265,100 | 14 | 142,050 |
| 5 | 253,250 | 15 | 127,750 |
| 6 | 241,350 | 16 | 112,400 |
| 7 | 229,350 | 17 | 95,600 |
| 8 | 217,300 | 18 | 76,850 |
| 9 | 205,200 | 19 | 55,450 |
| 10 | 193,050 | 20 | 30,350 |
| | | 21 and thereafter | 0 |

The procedures for full and partial surrenders and the imposition of surrender charges for full surrenders are described in greater detail in *NONFORFEITURE PROVISIONS*.

# Corridor Percentages Table

As of the Date of Issue of this policy the formula in effect to determine the amount under item (b) of both Death Benefit Option 1, Death Benefit Option 2 and Death Benefit Option 3 is based on a percent of the Cash Value as determined from the following table:

(i) If on or before the Insured's age 40, 250% of the Cash Value.
(ii) If after the Insured's age 40, a percent of the Cash Value as determined from the following table:

| Insured's Attained Age | Corridor Percentage | Insured's Attained Age | Corridor Percentage |
|---|---|---|---|
| 0-40 | 250% | 70 | 115% |
| 41 | 243 | 71 | 113 |
| 42 | 236 | 72 | 111 |
| 43 | 229 | 73 | 109 |
| 44 | 222 | 74 | 107 |
| 45 | 215 | 75 | 105 |
| 46 | 209 | 76 | 105 |
| 47 | 203 | 77 | 105 |
| 48 | 197 | 78 | 105 |
| 49 | 191 | 79 | 105 |
| 50 | 185 | 80 | 105 |
| 51 | 178 | 81 | 105 |
| 52 | 171 | 82 | 105 |
| 53 | 164 | 83 | 105 |
| 54 | 157 | 84 | 105 |
| 55 | 150 | 85 | 105 |
| 56 | 146 | 86 | 105 |
| 57 | 142 | 87 | 105 |
| 58 | 138 | 88 | 105 |
| 59 | 134 | 89 | 105 |
| 60 | 130 | 90 | 105 |
| 61 | 128 | 91 | 104 |
| 62 | 126 | 92 | 103 |
| 63 | 124 | 93 | 102 |
| 64 | 122 | 94 | 101 |
| 65 | 120 | 95 | 100 |
| 66 | 119 | 96 | 100 |
| 67 | 118 | 97 | 100 |
| 68 | 117 | 98 | 100 |
| 69 | 116 | 99 | 100 |

SPECIMEN

## Table of Expense Charges

The following expenses are charged under this policy:

(1) A fee of $25.00 for each partial surrender (i.e. withdrawal).
(2) An administrative expense charge of $10 per month beginning on the Date of Issue.
(3) Premium expense charges as follows:

(i) If the premium payment received during a Policy Year, when combined with all previous premium payments for that Policy Year, results in total premium for the Policy Year that is less than or equal to an amount equal to $31.00 multiplied by the greater of: (a) the Specified Amount on the date of payment or (b) the Specified Amount on the Date of Issue, divided by 1000, the premium expense charge will be 10% of the premium payment.

(ii) If the premium payment (or any portion thereof) received during a Policy Year, when combined with all previous premium payments for that Policy Year, results in total premium for the Policy Year that is greater than an amount equal to $31.00 multiplied by the greater of: (a) the Specified Amount on the date of payment or (b) the Specified Amount on the Date of Issue, divided by 1,000, the premium expense charge for the portion of the payment in excess of such amount will be 15% of the excess amount.

The premium expense charge for the portion of the payment not in excess of such amount will be as described in (i) above.

(4) A charge per $1,000 of Initial Specified Amount from the table below is due on the Date of Issue and then annually for the next nineteen Policy Years. An additional charge per $1,000 will apply with respect to any increase in Specified Amount and will be due on the effective date of the increase and then annually for an additional nineteen Policy Years. For purposes of calculating charges for such additional Specified Amounts, the amount of the increase will be considered a new Initial Specified Amount, and a separate, additional *TABLE OF EXPENSE CHARGES* per $1,000 will apply.

SPECIMEN

| Policy Duration | Expense Charge per $1,000 | Policy Duration | Expense Charge per $1,000 | Policy Duration | Expense Charge per $1,000 |
|---|---|---|---|---|---|
| 1 | .560 | 2 | .560 | 3 | .560 |
| 4 | .560 | 5 | .560 | 6 | .560 |
| 7 | .560 | 8 | .560 | 9 | .560 |
| 10 | .560 | 11 | .560 | 12 | .560 |
| 13 | .560 | 14 | .560 | 15 | .560 |
| 16 | .560 | 17 | .560 | 18 | .560 |
| 19 | .560 | 20 | .560 | | |

## Table of Guaranteed Maximum Cost of Insurance Rates Per $1,000

**SPECIAL NOTE:** The monthly Cost of Insurance rates are based on the sex and attained age (nearest birthday), but will not exceed the rates shown in the table below. If the Insured is in a rated premium class, the Guaranteed Maximum Cost of Insurance Rates will be those in the table multiplied by the Risk Factor, if any, shown in the *POLICY SPECIFICATIONS*. In determining the Guaranteed Maximum Cost of Insurance Rates, Lincoln Life will add the amount of the Flat Extra Monthly Insurance Cost, if any, shown in the *POLICY SPECIFICATIONS*. The rates below are based on the 1980 CSO Tables (Male or Female as appropriate).

| Attained Age (nearest birthday) | Male Monthly Rate | Female Monthly Rate | Attained Age (nearest birthday) | Male Monthly Rate | Female Monthly Rate | Attained Age (nearest birthday) | Male Monthly Rate | Female Monthly Rate |
|---|---|---|---|---|---|---|---|---|
| 0 | 0.34845 | 0.24089 | 35 | 0.17586 | 0.13752 | 70 | 3.30338 | 1.84590 |
| 1 | 0.08917 | 0.07251 | 36 | 0.18670 | 0.14669 | 71 | 3.62140 | 2.02325 |
| 2 | 0.08251 | 0.06750 | 37 | 0.20004 | 0.15752 | 72 | 3.98666 | 2.24419 |
| 3 | 0.08167 | 0.06584 | 38 | 0.21505 | 0.17003 | 73 | 4.40599 | 2.51548 |
| 4 | 0.07917 | 0.06417 | 39 | 0.23255 | 0.18503 | 74 | 4.87280 | 2.83552 |
| 5 | 0.07501 | 0.06334 | 40 | 0.25173 | 0.20171 | 75 | 5.37793 | 3.19685 |
| 6 | 0.07167 | 0.06084 | 41 | 0.27424 | 0.22005 | 76 | 5.91225 | 3.59370 |
| 7 | 0.06667 | 0.06000 | 42 | 0.29675 | 0.23922 | 77 | 6.46824 | 4.01942 |
| 8 | 0.06334 | 0.05834 | 43 | 0.32260 | 0.25757 | 78 | 7.04089 | 4.47410 |
| 9 | 0.06167 | 0.05750 | 44 | 0.34929 | 0.27674 | 79 | 7.64551 | 4.97042 |
| 10 | 0.06084 | 0.05667 | 45 | 0.37931 | 0.29675 | 80 | 8.30507 | 5.52957 |
| 11 | 0.06417 | 0.05750 | 46 | 0.41017 | 0.31677 | 81 | 9.03761 | 6.17118 |
| 12 | 0.07084 | 0.06000 | 47 | 0.44353 | 0.33761 | 82 | 9.86724 | 6.91414 |
| 13 | 0.08251 | 0.06250 | 48 | 0.47856 | 0.36096 | 83 | 10.80381 | 7.77075 |
| 14 | 0.09584 | 0.06667 | 49 | 0.51777 | 0.38598 | 84 | 11.82571 | 8.72632 |
| 15 | 0.11085 | 0.07084 | 50 | 0.55948 | 0.41350 | 85 | 12.91039 | 9.76952 |
| 16 | 0.12585 | 0.07501 | 51 | 0.60870 | 0.44270 | 86 | 14.03509 | 10.89151 |
| 17 | 0.13919 | 0.07917 | 52 | 0.66377 | 0.47523 | 87 | 15.18978 | 12.08770 |
| 18 | 0.14836 | 0.08167 | 53 | 0.72636 | 0.51276 | 88 | 16.36948 | 13.35774 |
| 19 | 0.15502 | 0.08501 | 54 | 0.79730 | 0.55114 | 89 | 17.57781 | 14.70820 |
| 20 | 0.15836 | 0.08751 | 55 | 0.87326 | 0.59118 | 90 | 18.82881 | 16.15259 |
| 21 | 0.15919 | 0.08917 | 56 | 0.95591 | 0.63123 | 91 | 20.14619 | 17.71416 |
| 22 | 0.15752 | 0.09084 | 57 | 1.04192 | 0.66961 | 92 | 21.57655 | 19.43814 |
| 23 | 0.15502 | 0.09251 | 58 | 1.13378 | 0.70633 | 93 | 23.20196 | 21.40786 |
| 24 | 0.15169 | 0.09501 | 59 | 1.23235 | 0.74556 | 94 | 25.28174 | 23.83051 |
| 25 | 0.14752 | 0.09668 | 60 | 1.34180 | 0.78979 | 95 | 28.27411 | 27.16158 |
| 26 | 0.14419 | 0.09918 | 61 | 1.46381 | 0.84488 | 96 | 33.10677 | 32.32378 |
| 27 | 0.14252 | 0.10168 | 62 | 1.60173 | 0.91417 | 97 | 41.68475 | 41.21204 |
| 28 | 0.14169 | 0.10501 | 63 | 1.75809 | 1.00267 | 98 | 58.01259 | 57.81394 |
| 29 | 0.14252 | 0.10835 | 64 | 1.93206 | 1.10539 | 99 | 83.33333 | 83.33333 |
| 30 | 0.14419 | 0.11251 | 65 | 2.12283 | 1.21731 | | | |
| 31 | 0.14836 | 0.11668 | 66 | 2.32623 | 1.33511 | | | |
| 32 | 0.15252 | 0.12085 | 67 | 2.54312 | 1.45461 | | | |
| 33 | 0.15919 | 0.12502 | 68 | 2.77350 | 1.57247 | | | |
| 34 | 0.16669 | 0.13168 | 69 | 3.02328 | 1.69955 | | | |

This Page Intentionally Blank

# Definitions

**Administrator Mailing Address.** The Administrator Mailing Address for the policy is shown on the front cover.

**Cash Value.** The sum of premiums received and interest credited under the policy, less partial surrenders, fees, charges and Monthly Deductions. (See *NONFORFEITURE PROVISIONS*, **Cash Value.**)

**Cost of Insurance.** See *NONFORFEITURE PROVISIONS*, **Cost of Insurance.**

**Date of Issue.** The Date of Issue is shown in the *POLICY SPECIFICATIONS.*

**Death Benefit.** The amount payable upon death of the Insured is based upon the Death Benefit Option selected under the policy and in effect at the time of death. Each option is described under *INSURANCE COVERAGE PROVISIONS*, **Death Benefit** and is payable as described under *GENERAL PROVISIONS*, **Payment of Proceeds.**

**Due Proof of Death.** A certified copy of an official death certificate, a certified copy of a decree of a court of competent jurisdiction as to the finding of death, or any other proof of death satisfactory to Lincoln Life.

**In Writing.** With respect to any notice to Lincoln Life, this term means a written form satisfactory to Lincoln Life and received at the Administrator Mailing Address. With respect to any notice by Lincoln Life to the Owner, any assignee or other person, this term means written notice by ordinary mail to such person at the most recent address in Lincoln Life's records.

**Indebtedness.** See *LOAN PROVISIONS*, **Indebtedness.**

**Monthly Deduction.** The amount deducted from the policy Cash Value on each Monthly Anniversary Day for certain expenses and the Cost of Insurance. (See *NONFORFEITURE PROVISIONS*, **Monthly Deduction.**)

**Monthly Anniversary Day.** The day of the month, as shown in the *POLICY SPECIFICATIONS*, when Lincoln Life deducts the Monthly Deduction. If that day is not a business day, then such charges will be deducted on the immediately preceding business day.

**Net Cash Value.** An amount equal to the Cash Value less the amount of any Indebtedness.

**Policy Anniversaries and Policy Years.** Twelve-month periods measured from the Date of Issue.

**Specified Amount.** The Specified Amount is shown in the *POLICY SPECIFICATIONS* or supplemental *POLICY SPECIFICATIONS*, if later changed. The Specified Amount is chosen by the Owner and used in determining the amount of the Death Benefit. It may be increased or decreased as described in *INSURANCE COVERAGE PROVISIONS*, **Changes in Insurance Coverage.**

**Surrender Value.** See *NONFORFEITURE PROVISIONS*, **Surrender and Surrender Value.**

## Premium and Reinstatement Provisions

**Payment of Premiums.** All premiums are payable at the Administrator Mailing Address or to an authorized agent of Lincoln Life. The first premium is due on the Date of Issue and is payable in advance. All subsequent premium payments may be made at any time before the Insured's age 100. Receipts signed by the President or Secretary and duly countersigned will be furnished upon request.

Monthly Anniversary Days, policy months, Policy Years and Policy Anniversaries are computed from the Date of Issue.

**Minimum Premiums.** The Minimum Initial Premium as shown in the *POLICY SPECIFICATIONS* for the Initial Specified Amount as of the Date of Issue is the amount required to commence coverage under this policy and to prevent the policy from lapsing prior to the first Monthly Anniversary Day. Thereafter, the minimum premium amount is the amount required to prevent the policy from lapsing as set forth under **Policy Lapse and Grace Period.**

**Planned Premiums.** The Owner may, from time to time, establish the amount and frequency of premium payments, subject to the maximum premium requirements permitted under the Internal Revenue Code to qualify the policy as life insurance. Lincoln Life will send premium reminder notices for the amounts and frequency of payments established by the Owner. Lincoln Life reserves the right to stop sending such notices if no premium payment is made within 2 Policy Years.

**Additional Premium.** In addition to any planned premium, it is possible to make additional premium payments of no less than $100.00 at any time before the Insured's age 100. Lincoln Life reserves the right to limit the amount or frequency of any such additional premium payment. If a payment of any additional premium would increase the difference between the Cash Value and the Death Benefit, Lincoln Life may reject the additional premium payment unless evidence of insurability is furnished to Lincoln Life and it agrees to accept the risk. If a payment of additional premium would cause the policy to cease to qualify as life insurance for federal income tax purposes, Lincoln Life may reject all or such excess portion of the additional premium.

**Policy Lapse and Grace Period.** This policy will lapse if the Net Cash Value on any Monthly Anniversary Day is less than the required Monthly Deduction. In such event, a grace period of 61 days will be granted to pay a premium sufficient to cover the required Monthly Deduction.

At least 31 days before the end of the grace period Lincoln Life will send a notice In Writing to the Owner and any assignee of record that there is insufficient Net Cash Value under the policy. The notice will show the amount of premium required to prevent the policy from lapsing, which will be equal to the Monthly Deductions due and unpaid plus three additional Monthly Deductions. If such premium, as billed by Lincoln Life, is not paid within the grace period, all coverage under the policy will terminate without value at the end of the grace period. If the Insured dies during the grace period, Lincoln Life will deduct any overdue Monthly Deductions from the Death Benefit Proceeds.

**Reinstatement.** After the policy has lapsed due to the failure to make a necessary payment before the end of a 60 day grace period, the policy may be reinstated within 5 years provided: (a) there is an application for reinstatement In Writing, (b) satisfactory evidence of insurability is furnished to Lincoln Life, (c) enough premium is paid, in an amount equal to the Monthly Deductions due and unpaid during the grace period plus three additional Monthly Deductions, and (d) any Indebtedness against the policy, increased by any loan interest, is paid or reinstated. The reinstated policy will be effective as of the Monthly Anniversary Day after the date on which Lincoln Life approves the application for reinstatement. The surrender charges set forth in the *TABLE OF SURRENDER CHARGES* will be reinstated as of the Policy Year in which the policy lapsed. Policies which have been surrendered cannot be reinstated.

## Ownership, Assignment and Beneficiary Provisions

**Owner.** The Owner on the Date of Issue will be the person designated in the *POLICY SPECIFICATIONS*. If no Owner is designated, the Insured will be the Owner.

**Rights of Owner.** While the Insured is alive, the Owner may exercise all rights and privileges under the policy including the right to: (a) release or surrender the policy to Lincoln Life, (b) agree with Lincoln Life to any change in or amendment to the policy, (c) transfer all rights and privileges to another person, (d) change the Beneficiary, and (e) assign the policy.

All rights and privileges of the Owner may be exercised without the consent of any designated transferee, or any Beneficiary if the Owner has reserved the right to change the Beneficiary. All such rights and privileges, however, may be exercised only with the consent of any assignee recorded with Lincoln Life.

Unless provided otherwise, if the Owner is a person other than the Insured and dies before the Insured, all of the rights and privileges of the Owner will vest in the Owner's executors, administrators or assigns.

**Transfer of Owner.** The Owner may transfer all rights and privileges of the Owner. On the effective date of transfer, the transferee will become the Owner and will have all the rights and privileges of the Owner. The Owner may revoke any transfer prior to its effective date.

Unless provided otherwise, a transfer will not affect the interest of any Beneficiary designated prior to the effective date of transfer.

A transfer of Owner, or a revocation of transfer, must be In Writing on a form satisfactory to Lincoln Life and filed at the Administrator Mailing Address. A transfer, or a revocation, will not take effect until recorded In Writing by Lincoln Life. When a transfer or revocation has been so recorded, it will take effect as of the effective date specified by the Owner. Any payment made or any action taken or allowed by Lincoln Life before the transfer, or revocation, is recorded will be without prejudice to Lincoln Life.

**Assignment.** Lincoln Life will not be affected by any assignment of the policy until the original assignment or a certified copy of the assignment is filed at the Administrator Mailing Address.

Lincoln Life does not assume responsibility for the validity or sufficiency of any assignment. An assignment of the policy will operate so long as the assignment remains in force.

To the extent provided under the terms of the assignment, an assignment will transfer the interest of any designated transferee or of any Beneficiary if the Owner has reserved the right to change the Beneficiary.

**Beneficiary.** The Beneficiary on the Date of Issue will be the person designated in the *POLICY SPECIFICATIONS*.

Unless provided otherwise, the interest of any Beneficiary who dies before the Insured will vest in the Owner or the Owner's executors, administrators or assigns.

**Change of Beneficiary.** A new Beneficiary may be designated from time to time. A request for change of Beneficiary must be In Writing and filed at the Administrator Mailing Address. The request must be signed by the Owner. The request must also be signed by the Beneficiary if the right to change the Beneficiary has not been reserved to the Owner.

A change of Beneficiary will not take effect until recorded In Writing by Lincoln Life. When a change of Beneficiary has been so recorded it will take effect as of the date the request was signed. Any payment made or any action taken or allowed by Lincoln Life before the change of Beneficiary is recorded will be without prejudice to Lincoln Life.

Unless provided otherwise, the right to change any Beneficiary is reserved to the Owner.

## Insurance Coverage Provisions

**Date of Coverage.** The date of coverage will be the Date of Issue provided the initial premium has been paid and the policy has been accepted by the Owner: (a) while the Insured is alive, and (b) prior to any change in health and insurability as represented in the original application. This provision will not, however, affect the terms of any Temporary Insurance Agreement.

For any increase or addition to coverage, the effective date will be the Monthly Anniversary Day that coincides with or next follows the date the supplemental application is approved by Lincoln Life provided: (a) sufficient Net Cash Value exists under the policy to cover the cost for the increase, (b) sufficient premium for the increase or addition has been paid, and (c) the Insured is alive on such day. The effective date for any change in insurance coverage will be shown under the effective date on the supplement to the *POLICY SPECIFICATIONS* page that will be sent to the Owner.

**Termination of Coverage.** All coverage under this policy terminates on the first of the following to occur:

1. A full surrender of the policy.
2. Death of the Insured.
3. Failure to pay the amount of premium necessary to avoid termination before the end of any applicable grace period.

No action by Lincoln Life after such a termination of the policy, including any Monthly Deduction made after termination of coverage, will constitute a reinstatement of the policy or waiver of the termination. Any such deduction will be refunded.

**Death Benefit.** The amount payable upon death is based upon the Death Benefit Option in effect on the date of death. (See *GENERAL PROVISIONS*, **Payment of Proceeds.**). The Death Benefit Options available under this policy are as follows:

DEATH BENEFIT OPTION 1 — The Specified Amount includes the Cash Value. The Death Benefit (before deduction of any Indebtedness against the policy) will equal the greater of:

(a) the Specified Amount on the date of death, or

(b) the amount determined by Lincoln Life equal to that required by the Internal Revenue Code to maintain this contract as a life insurance policy as shown in the *CORRIDOR PERCENTAGES TABLE*. Any amount so determined will be set forth in the annual report which Lincoln Life will send to the Owner.

For Option 1, a partial surrender will reduce the Cash Value, Death Benefit, and Specified Amount.

DEATH BENEFIT OPTION 2 — The Specified Amount is in addition to the Cash Value. The Death Benefit (before deduction of any Indebtedness against the policy) will equal the greater of:

(a) the Specified Amount on the date of death plus the Cash Value on the date of death, or

(b) the amount determined by Lincoln Life equal to that required by the Internal Revenue Code to maintain this contract as a life insurance policy as shown in the *CORRIDOR PERCENTAGES TABLE*. Any amount so determined will be set forth in the annual report which Lincoln Life will send to the Owner.

For Option 2, a partial surrender will reduce the Cash Value and the Death Benefit. The Specified Amount will not be reduced.

## Insurance Coverage Provisions (continued)

DEATH BENEFIT OPTION 3

The Specified Amount in addition to the Accumulated Premium(s). The Death Benefit (before deduction of any Indebtedness against the policy) will equal the greater of:

(a) the sum of the Specified Amount plus the Accumulated Premium(s) on the date of death, up to the Death Benefit Option 3 Limit shown in the *POLICY SPECIFICATIONS*, or

(b) the amount determined by Lincoln Life equal to that required by the Internal Revenue Code to maintain this contract as a life insurance policy as shown in the *CORRIDOR PERCENTAGES TABLE*. Any amount so determined will be set forth in the annual report which Lincoln Life will send to the Owner.

For Option 3, a partial surrender will reduce the Accumulated Premium(s), the Death Benefit, Cash Value, and the Death Benefit Option 3 Limit by the amount of the partial surrender. If the amount of the partial surrender exceeds the Accumulated Premium(s), the Specified Amount will be reduced by the excess amount.

**Accumulated Premium(s) for Death Benefit Option 3.** The Accumulated Premium(s) is determined on each Monthly Anniversary Day and is based on the sum of all premiums paid, less the Cumulative Policy Factor (if elected) from the later of the Date of Issue or the effective date of change to Option 3. Any premium paid that will cause the Death Benefit amount to exceed the Death Benefit Option 3 Limit will be applied to the policy, but will only increase the Death Benefit up to the Death Benefit Option 3 Limit.

**Increases in the Death Benefit Option 3 Limit.** The Owner may request an increase to the Death Benefit Option 3 Limit. If an increase is requested, a supplemental application must be submitted and evidence of insurability satisfactory to Lincoln Life must be furnished. If Lincoln Life approves the request, the increase will become effective upon the Monthly Anniversary Day that coincides with or next follows the date the request is approved.

**Cumulative Policy Factor for Death Benefit Option 3.** The Cumulative Policy Factor, if elected by the Owner, is an amount calculated as (1) multiplied by (2) accumulated monthly from the later of the Date of Issue of the policy or the effective date of change to Death Benefit Option, where:

(1) is the applicable monthly rate from the table then used by the Internal Revenue Service (IRS) to determine the economic benefit attributable to life insurance coverage, or an alternative table permitted by the IRS, as selected by the Owner at issue; and

(2) is the Specified Amount divided by 1,000.

If the Owner elects to have a Cumulative Policy Factor and later changes this election, any accumulation of the Cumulative Policy Factor to that date will be carried forward, but will not continue to accumulate. If the Owner does not elect to have a Cumulative Policy Factor and later changes this election, the accumulation of a Cumulative Policy Factor will begin as of the date of the change.

Unless Death Benefit Option 2 or 3 is elected on the application, the Owner will be deemed to have elected Death Benefit Option 1.

## Insurance Coverage Provisions (continued)

**Changes in Insurance Coverage.** The Owner may effect a change in coverage under this policy, subject to the following conditions:

1. **General**
Lincoln Life will require the Owner to submit a supplemental application for any change in coverage. A supplement to the *POLICY SPECIFICATIONS* will be endorsed to the policy and sent to the Owner once the change is completed.

2. **Decrease in Specified Amount**
The Owner may decrease the Specified Amount of this policy at any time up to 12 times per Policy Year, subject to IRS guidelines. The Owner cannot reduce the Specified Amount below $25,000.

   The decrease in the Specified Amount will take effect on the Monthly Anniversary day on or next following the date on which the Owner's request In Writing is received at the Administrator's Mailing Address. If Death Benefit Option 3 is in effect, a decrease in Specified Amount will also reduce the Death Benefit Option 3 Limit. A decrease in Specified Amount may be subject to a surrender charge, if any, as set forth in the *TABLE OF SURRENDER CHARGES*, which will be deducted from the Cash Value.

   The decrease will reduce any past increases in the reverse order in which they occurred.

3. **Increase in Specified Amount**
The Owner may make a minimum increase of $1,000 to the Specified Amount of this policy at any time up to 12 times in the first Policy Year subject to satisfactory evidence of insurability. After the first Policy Year the Owner may make one increase per Policy Year. The Date of Issue of any increase will be shown on the supplemental *POLICY SPECIFICATIONS* sent to the Owner.

   If Lincoln Life approves the request, the increase will become effective upon (i) the Monthly Anniversary Day that coincides with or next follows the date Lincoln Life approves the request, and, (ii) the deduction from the Cash Value of the first month's cost for the increase, using the Insured's then attained age (nearest birthday) as the issue age for such coverage provided the Insured is alive on such day. If Death Benefit Option 3 is in effect, an increase in Specified Amount will increase the Death Benefit Option 3 Limit, unless requested otherwise by the Owner.

4. **Change in Death Benefit Option**
The Owner may change the Death Benefit Option after the first Policy Year subject to satisfactory evidence of insurability. The change will take effect on the Monthly Anniversary Day on or next following the date on which the Owner's request In Writing is received at the Administrator Mailing Address and approved by Lincoln Life.

   (a) Change from Option 1 to Option 2

   The Specified Amount will be reduced to equal the Specified Amount immediately prior to the change less the Cash Value at the time of the change.

   (b) Change from Option 2 to Option 1

   The Specified Amount will be increased to equal the Specified Amount immediately prior to the change plus the Cash Value at the time of the change.

   (c) Change from Option 3 to Option 1

   The Specified Amount will be increased by Accumulated Premium(s) at the time of change.

## Insurance Coverage Provisions (continued)

(d) Change from Option 3 to Option 2 and the Cash Value is greater than the Accumulated Premium(s)

The Specified Amount will be reduced by the Cash Value less Accumulated Premium(s) at the time of change.

(e) Change from Option 3 to Option 2 and the Cash Value is less than Accumulated Premium(s)

The Specified Amount will be increased by the Accumulated Premium(s) less the Cash Value at the time of change.

(f) Change from Option 2 to Option 3

The Specified Amount will be increased to equal the Specified Amount immediately prior to the change plus the Cash Value at the time of the change.

(g) Change from Option 1 to Option 3

The Specified Amount will equal the Specified Amount immediately prior to the change.

**Projection of Benefits and Values.** Lincoln Life will provide a projection of illustrative future Death Benefits and Cash Values at any time upon written request and payment of a reasonable service fee. The fee payable will be the one then in effect for this service. The illustration will be based on (a) assumptions as to Specified Amount(s), type of coverage option(s) and future planned premium payments, and (b) such other assumptions (e.g., mortality and interest) as are necessary and specified.

## Nonforfeiture Provisions

**Cash Value.** On each Monthly Anniversary Day, the Cash Value will be calculated as (1), plus (2), minus (3), minus (4), minus (5), minus (6), plus (7) where:

(1) is the Cash Value on the preceding Monthly Anniversary Day.

(2) is all premiums received since the preceding Monthly Anniversary Day less the premium expense charge from the *TABLE OF EXPENSE CHARGES.*

(3) is the Monthly Deduction for the month following the Monthly Anniversary Day.

(4) is the applicable charge per $1,000 from the *TABLE OF EXPENSE CHARGES,* if any.

(5) is the amount of any partial surrenders (i.e. withdrawals) and associated fees on the Monthly Anniversary Day.

(6) is the surrender charge for any decrease in Specified Amount from the *TABLE OF SURRENDER CHARGES,* if any.

(7) is interest as explained in the **Interest Rates** provision.

If premium is received at any time other than the beginning of a policy month, the rate of interest used in the calculation of item (7) above will be determined pro rata from the date of receipt.

On any day other than a Monthly Anniversary Day, the Cash Value will be the Cash Value as of the preceding Monthly Anniversary Day, plus all premiums received since the preceding Monthly Anniversary Day less the premium expense charge from the *TABLE OF EXPENSE CHARGES* plus accumulated interest and less partial surrenders and associated fees. The Cash Value on the Date of Issue will be the initial premium received less: (i) the Monthly Deduction for the first policy month, (ii) the premium expense charge from the *TABLE OF EXPENSE CHARGES*, and (iii) the charge per $1,000 of Initial Specified Amount from the *TABLE OF EXPENSE CHARGES.*

## Nonforfeiture Provisions (continued)

**Net Cash Value.** The Net Cash Value as of any date will equal the Cash Value on that date as determined above less any Indebtedness against the policy.

**Monthly Deduction.** The Monthly Deduction for a policy month will be calculated as Charge (1) plus Charge (2) where:

CHARGE (1) is the Cost of Insurance (as described in the **Cost of Insurance** provision) and the cost of any additional benefits provided by rider for the policy month; and

CHARGE (2) is the monthly administrative expense charge from the *TABLE OF EXPENSE CHARGES.*

**Interest Rates.** Lincoln Life will credit interest to the Cash Value of the policy daily. The interest rate applied to the Net Cash Value of the policy will be the greater of:

(a) 0.01074598% per day, compounded daily (4.0% annually), or

(b) a rate determined by Lincoln Life from time to time. Such rate will be established on a prospective basis.

The interest rate applied to that borrowed portion of the Cash Value which secures any outstanding policy loan when expressed as an equivalent annual rate will be equal to the policy loan rate less a percentage no greater than 2.0%. (See *LOAN PROVISIONS*, **Loan Interest**.)

**Persistency Bonus.** In addition to the interest being credited under the policy, Lincoln Life will grant a bonus at the end of Policy Years 6 and thereafter. This amount will equal 0.25% of the Net Cash Value in Policy Years 6-10, and will equal 0.50% of Net Cash Value in Policy Years 11 and thereafter and will be applied automatically to increase the then current Net Cash Value of the policy.

**Cost of Insurance.** The Cost of Insurance under this policy is determined on a monthly basis. Such cost will be the result of (1) minus (2), multiplied by (3), and divided by 1,000, where:

(1) is the Death Benefit at the beginning of the policy month, divided by 1.0032737,

(2) is the Cash Value at the beginning of the policy month prior to the deduction for the monthly Cost of Insurance, or zero if greater, and

(3) is the Cost of Insurance rate as described in the **Cost of Insurance Rates** provision.

**Cost of Insurance Rates.** Monthly Cost of Insurance rates will be determined by Lincoln Life, based on its expectations as to future mortality, investment earnings, persistency, and expenses (including taxes). Any change in Cost of Insurance rates will apply to all individuals of the same class as the Insured. If the Insured is in a rated premium class, the monthly Cost of Insurance rates for that premium class will reflect the Risk Factor, if any, shown in the *POLICY SPECIFICATIONS.* In determining the monthly Cost of Insurance, Lincoln Life will add the amount of the Flat Extra Monthly Insurance Cost, if any, shown in the *POLICY SPECIFICATIONS.* Under no circumstances will the Cost of Insurance rates ever be greater than those specified in the *TABLE OF GUARANTEED MAXIMUM COST OF INSURANCE RATES PER $1,000.*

## Nonforfeiture Provisions (continued)

**Insufficient Value.** If the Net Cash Value, on the day preceding a Monthly Anniversary Day is insufficient to cover the Monthly Deduction for the month following such Monthly Anniversary Day, the policy will terminate. (See *PREMIUM AND REINSTATEMENT PROVISIONS*, **Policy Lapse and Grace Period.**)

**Basis of Computations.** The minimum Cash Values under this policy are guaranteed to be no less than those calculated based on the applicable Commissioners 1980 Standard Ordinary Mortality Table (age nearest birthday) with interest at 4% per year, compounded yearly.

The Cash Values are at least equal to those required on the Date of Issue by the jurisdiction in which this policy is delivered. A detailed statement of the method of computing values has been filed with the insurance supervisory official of that jurisdiction.

**Continuation of Insurance.** If the Insured is still living at age 100 and the policy has not lapsed or been surrendered, Lincoln Life will: a) continue to credit interest to the Cash Value as defined in the **Interest Rate** provision; b) no longer charge Monthly Deductions under the policy; c) continue to charge loan interest; and d) continue the policy in force and pay the Death Benefit upon receipt of Due Proof of Death of the Insured. This provision will not continue any rider attached to the policy beyond the date for its termination, as provided in the rider.

**Surrender and Surrender Value.** This policy may be surrendered on any Monthly Anniversary Day during the lifetime of the Insured. The amount payable on surrender of this policy (i.e., the Surrender Value) will be the Net Cash Value on the date of surrender less a charge determined from the *TABLE OF SURRENDER CHARGES*. (The charges shown in the table are the charges imposed at the beginning of the Policy Year; charges imposed upon surrender during the Policy Year will be determined on a consistent basis allowing for the lapse of time within such year).

The Surrender Value will be paid in cash or under an elected Optional Method of Settlement. Lincoln Life may defer the payment of the Surrender Value for the period permitted by law, but not for more than 6 months from the date of request for surrender.

If surrender is requested under this section within 30 days after a Policy Anniversary, the Surrender Value will not be less than the Surrender Value on that anniversary, less any policy loans or partial surrenders made on or after such anniversary.

**Partial Surrender.** A partial surrender (i.e. withdrawal) of this policy may be elected on any Monthly Anniversary Day during the lifetime of the Insured and while the policy is in force by submitting a request In Writing to Lincoln Life. The amount of the partial surrender (a) must be at least $500.00 but (b) may not exceed 90% of the then current Surrender Value.

When a partial surrender is made, the amount of the partial surrender and the applicable fee will be deducted from the Cash Value. Also, the Death Benefit payable will be reduced by the amount of the partial surrender and the applicable fee. (See *INSURANCE COVERAGE PROVISIONS*, **Death Benefit**). The Specified Amount remaining in force after any partial surrender will be subject to the limits imposed by IRS guidelines and minimum Specified Amount. (See *INSURANCE COVERAGE PROVISIONS*, **Changes in Insurance Coverage**).

## Nonforfeiture Provisions (continued)

A fee as set forth in the *TABLE OF EXPENSE CHARGES* will be deducted from the Cash Value for each partial surrender. Lincoln Life reserves the right to limit the number of partial surrenders in a Policy Year to four. Lincoln Life also reserves the right to defer payment for the period permitted by law, but not for more than 6 months from the date of request for the partial surrender, unless such partial surrender amount is to be applied to the payment of premiums on policies with Lincoln Life.

## Loan Provisions

**Policy Loans.** If the policy has a Surrender Value available, Lincoln Life will grant a loan against the policy provided: (a) a proper loan agreement is executed, and (b) a satisfactory assignment of the policy to Lincoln Life is made. The loan may be for an amount up to the Surrender Value, however, total Indebtedness against the policy may not exceed 90% of an amount equal to the Surrender Value.

Lincoln Life may defer a loan for 6 months from the date of the request for the loan. Lincoln Life will not, however, defer a loan to be used to pay premiums on policies with Lincoln Life.

**Loan Interest.** Interest on any policy loan will be at a rate equivalent to 6% per year payable in arrears. Loan interest is payable annually on each Policy Anniversary or as otherwise agreed In Writing by the Owner and Lincoln Life. Interest not paid when due will then be added to the loan and bear interest at the same rate. Interest, as it accrues from day to day, will constitute an Indebtedness.

**Indebtedness.** The term Indebtedness means money which is owed on this policy due to an outstanding loan and interest accrued thereon but not yet charged. Any Indebtedness at time of settlement will reduce the proceeds. Indebtedness may be repaid in whole or in part at any time. If, however, a premium is not paid within the grace period, any outstanding Indebtedness can be repaid only if the policy is reinstated.

If at any time the total Indebtedness against the policy, including interest accrued but not due, equals or exceeds the then current Cash Value, the policy will thereupon terminate without value. (See *PREMIUM AND REINSTATEMENT PROVISIONS*, **Policy Lapse and Grace Period.**)

## General Provisions

**Entire Contract.** The policy and the application for the policy (including any supplemental applications for additional Specified Amounts) constitute the entire contract between the parties. All statements made in the application will, in the absence of fraud, be deemed representations and not warranties. No statement will be used in defense of a claim under the policy unless it is contained in the application, and a copy of the application is attached to the policy when issued.

Only the President, a Vice President, an Assistant Vice President, a Secretary, a Director or an Assistant Director of Lincoln Life may make or modify this policy.

The policy is executed at the Administrator Mailing Address shown on the front cover of the policy.

**Non-Participation.** The policy is not entitled to share in surplus distribution.

**Notice of Claim.** Due Proof of Death must be furnished to Lincoln Life within 30 days or as soon as reasonably possible after the death of the Insured. Such notice shall be given by or on behalf of the Owner to Lincoln Life at its Administrator Mailing Address located on the front cover of the policy.

## General Provisions (continued)

**Payment of Proceeds.** Proceeds, as used in this policy, means the amount payable (a) upon the surrender of this policy, or (b) upon the death of the Insured.

Upon the death of the Insured, while the policy is still inforce, the proceeds payable will be the Death Benefit less any Indebtedness against the policy. Such Death Benefit Proceeds are payable subject to receipt of Due Proof of Death. If the policy is surrendered before the death of the Insured, the proceeds payable upon surrender will be the Surrender Value as described in *NONFORFEITURE PROVISIONS*. The proceeds payable under the policy are subject to the adjustments described in the following provisions:

1. Misstatement of Age or Sex;
2. Suicide;
3. Incontestability;
4. Partial Surrender;
5. Policy Lapse and Grace Period; and
6. Indebtedness.

When settlement is made, Lincoln Life may require return of the policy. Proceeds will be paid in a lump sum unless an Optional Method of Settlement is elected.

**Misstatement of Age or Sex.** If the age or sex of the Insured is misstated, Lincoln Life will adjust all benefits to the amounts that would have been purchased for the correct age and sex according to the basis specified in the *TABLE OF GUARANTEED MAXIMUM COST OF INSURANCE RATES PER $1,000*.

SPECIMEN

**Suicide.** If the Insured commits suicide, whether sane or insane, within 2 years from the Date of Issue, the Death Benefit Proceeds will be limited to a refund of premiums paid, less (a) any Indebtedness against the policy and (b) the amount of any partial surrenders.

If the Insured commits suicide, whether sane or insane, within 2 years from the date of any increase in the Specified Amount, the Death Benefit Proceeds with respect to such increase will be limited to a refund of the monthly charges for the cost of such additional insurance and the amount of insurance will be based on the Specified Amount before such increase was made, provided that the increase became effective at least 2 years from the Date of Issue of the policy.

**Incontestability.** Except for nonpayment of Monthly Deductions, this policy will be incontestable after it has been in force during the Insured's lifetime for 2 years from its Date of Issue. This means that Lincoln Life will not use any misstatement in the application to challenge a claim or avoid liability after that time.

Any increase in the Specified Amount effective after the Date of Issue will be incontestable only after such increase has been in force for 2 years during the Insured's lifetime. The basis for contesting an increase in Specified Amount will be limited to material misrepresentations made in the supplemental application for the increase. The basis for contesting after reinstatement will be (a) limited for a period of 2 years from the date of reinstatement, and (b) limited to material misrepresentations made in the reinstatement application.

**Effect of Waiver of Provisions.** If at some time Lincoln Life chooses not to enforce a policy provision, it still retains the right to enforce that provision at any other time. To be effective, a waiver of any terms of the policy must be In Writing and signed by a person authorized by Lincoln Life to waive such terms.

## General Provisions (continued)

**Policy Changes – Applicable Law.** This policy must qualify initially and continue to qualify as life insurance under the Internal Revenue Code in order for the Owner to receive the tax treatment accorded to life insurance under Federal Law. Therefore, to maintain this qualification to the maximum extent permitted by law, Lincoln Life reserves the right to return any premium payments that would cause this policy to fail to qualify as life insurance under applicable tax law as interpreted by Lincoln Life. Further, Lincoln Life reserves the right to make changes in this policy or to make distributions from the policy to the extent it deems necessary, in its sole discretion, to continue to qualify this policy as life insurance. Any such changes will apply uniformly to all policies that are affected.

**Annual Report.** Lincoln Life will send a report to the Owner at least once a year without charge. The report will show (a) the current Death Benefit, (b) the current Net Cash Value, (c) premiums paid and all deductions made since the last report, and (d) outstanding policy loans. In addition, the report will indicate when the policy is projected to lapse based on current and guaranteed factors.

**Change of Plan.** This policy may be exchanged for another policy only if Lincoln Life consents to the exchange and all requirements for the exchange as determined by Lincoln Life, are met.

SPECIMEN

# Optional Methods of Settlement

This rider is made part of the policy to which it is attached as of the Date of Issue. Upon written request, the Company will agree to pay in accordance with any one of the options shown below all or part of the net proceeds that may be payable under the policy.

While the Insured is alive, the request, including the designation of the payee, may be made by the Owner. Unless the Owner has previously elected a settlement option, at the time a Death Benefit becomes payable under the policy, the request, including the designation of the payee, may then be made by the Beneficiary. Once Income Payments have begun, the policy cannot be surrendered and the payee cannot be changed, nor can the settlement option be changed.

**Payment Dates.** The first Income Payment under the settlement option selected will become payable on the date proceeds are settled under the option. Subsequent payments will be made on the first day of each month in accordance with the manner of payment selected.

**Minimum Payment Amount.** The settlement option elected must result in an Income Payment at least equal to the minimum payment amount in accordance with the Company's rules then in effect. If at any time payments are less than the minimum payment amount, the Company has the right to change the frequency to an interval that will provide the minimum payment amount. If any amount due is less than the minimum per year, the Company may make other arrangements that are equitable.

**Income Payments.** Income Payments will remain constant pursuant to the terms of the settlement option(s) selected. The amount of each Income Payment shall be determined in accordance with the terms of the settlement option and the table(s) set forth in this rider, as applicable. The mortality table used is the Annuity 2000 Table and 3% interest. In determining the settlement amount, the settlement age of the payee will be reduced by one year when the first installment is payable during 2010-2019, reduced by two years when the first installment is payable during the decade 2020-2029, and so on.

**First Option: Life Annuity.** An annuity payable monthly to the payee during the lifetime of the payee, ceasing with the last payment due prior to the death of the payee.

**Second Option: Life Annuity with Certain Period.** An annuity providing monthly income to the payee for a fixed period of 60, 120, 180, or 240 months (as selected), and for as long thereafter as the payee shall live.

**Third Option: Annuity Certain.** An amount payable monthly for the number of years selected which may be from 5 to 30 years.

**Fourth Option: As a Deposit at Interest.** The Company will retain the proceeds while the payee is alive and will pay interest annually thereon at a rate of not less than 3% per year. Upon the payee's death, the amount on deposit will be paid.

**Excess Interest.** At the sole discretion of the Company, excess interest may be paid or credited from time to time in addition to the payments guaranteed under any Optional Method of Settlement.

**Additional Options.** Any proceeds payable under the policy may also be settled under any other method of settlement offered by the Company at the time of the request.

**The Lincoln National Life Insurance Company**

Dennis R Glass

President

# Optional Methods of Settlement (Continued)

**Life Annuity and Life Annuity with Certain Period Table for Each $1,000 Applied – Male**

| Settlement age of payee nearest birthday | | Number of instalments certain | | | |
|---|---|---|---|---|---|
| Age | Life Annuity | 60 | 120 | 180 | 240 |
| 10 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 |
| 11 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 |
| 12 | 2.87 | 2.87 | 2.86 | 2.86 | 2.86 |
| 13 | 2.88 | 2.88 | 2.88 | 2.88 | 2.87 |
| 14 | 2.89 | 2.89 | 2.89 | 2.89 | 2.89 |
| 15 | 2.91 | 2.91 | 2.91 | 2.90 | 2.90 |
| 16 | 2.92 | 2.92 | 2.92 | 2.92 | 2.91 |
| 17 | 2.94 | 2.94 | 2.93 | 2.93 | 2.93 |
| 18 | 2.95 | 2.95 | 2.95 | 2.95 | 2.94 |
| 19 | 2.97 | 2.97 | 2.97 | 2.96 | 2.96 |
| 20 | 2.99 | 2.99 | 2.98 | 2.98 | 2.98 |
| 21 | 3.00 | 3.00 | 3.00 | 3.00 | 2.99 |
| 22 | 3.02 | 3.02 | 3.02 | 3.02 | 3.01 |
| 23 | 3.04 | 3.04 | 3.04 | 3.04 | 3.03 |
| 24 | 3.06 | 3.06 | 3.06 | 3.06 | 3.05 |
| 25 | 3.08 | 3.08 | 3.08 | 3.08 | 3.07 |
| 26 | 3.10 | 3.10 | 3.10 | 3.10 | 3.09 |
| 27 | 3.13 | 3.13 | 3.12 | 3.12 | 3.11 |
| 28 | 3.15 | 3.15 | 3.15 | 3.14 | 3.14 |
| 29 | 3.17 | 3.17 | 3.17 | 3.17 | 3.16 |
| 30 | 3.20 | 3.20 | 3.20 | 3.19 | 3.19 |
| 31 | 3.23 | 3.23 | 3.22 | 3.22 | 3.21 |
| 32 | 3.26 | 3.25 | 3.25 | 3.25 | 3.24 |
| 33 | 3.28 | 3.28 | 3.28 | 3.28 | 3.27 |
| 34 | 3.32 | 3.31 | 3.31 | 3.31 | 3.30 |

| Settlement age of payee nearest birthday | | Number of instalments certain | | | |
|---|---|---|---|---|---|
| Age | Life Annuity | 60 | 120 | 180 | 240 |
| 35 | 3.35 | 3.35 | 3.34 | 3.34 | 3.33 |
| 36 | 3.38 | 3.38 | 3.38 | 3.37 | 3.36 |
| 37 | 3.42 | 3.42 | 3.41 | 3.40 | 3.39 |
| 38 | 3.46 | 3.46 | 3.45 | 3.44 | 3.42 |
| 39 | 3.50 | 3.49 | 3.49 | 3.48 | 3.46 |
| 40 | 3.54 | 3.54 | 3.53 | 3.52 | 3.50 |
| 41 | 3.58 | 3.58 | 3.57 | 3.56 | 3.53 |
| 42 | 3.63 | 3.62 | 3.62 | 3.60 | 3.57 |
| 43 | 3.68 | 3.67 | 3.66 | 3.64 | 3.62 |
| 44 | 3.73 | 3.72 | 3.71 | 3.69 | 3.66 |
| 45 | 3.78 | 3.77 | 3.76 | 3.74 | 3.70 |
| 46 | 3.83 | 3.83 | 3.81 | 3.79 | 3.75 |
| 47 | 3.89 | 3.88 | 3.87 | 3.84 | 3.80 |
| 48 | 3.95 | 3.94 | 3.93 | 3.89 | 3.85 |
| 49 | 4.01 | 4.01 | 3.99 | 3.95 | 3.90 |
| 50 | 4.08 | 4.07 | 4.05 | 4.01 | 3.95 |
| 51 | 4.15 | 4.14 | 4.11 | 4.07 | 4.00 |
| 52 | 4.22 | 4.21 | 4.18 | 4.13 | 4.06 |
| 53 | 4.30 | 4.29 | 4.26 | 4.20 | 4.12 |
| 54 | 4.38 | 4.37 | 4.33 | 4.27 | 4.18 |
| 55 | 4.46 | 4.45 | 4.41 | 4.34 | 4.24 |
| 56 | 4.55 | 4.54 | 4.50 | 4.42 | 4.30 |
| 57 | 4.65 | 4.63 | 4.58 | 4.50 | 4.36 |
| 58 | 4.75 | 4.73 | 4.68 | 4.58 | 4.43 |
| 59 | 4.86 | 4.84 | 4.78 | 4.66 | 4.49 |

| Settlement age of payee nearest birthday | | Number of instalments certain | | | |
|---|---|---|---|---|---|
| Age | Life Annuity | 60 | 120 | 180 | 240 |
| 60 | 4.98 | 4.95 | 4.88 | 4.75 | 4.56 |
| 61 | 5.10 | 5.07 | 4.99 | 4.84 | 4.62 |
| 62 | 5.23 | 5.20 | 5.11 | 4.93 | 4.69 |
| 63 | 5.37 | 5.34 | 5.23 | 5.03 | 4.75 |
| 64 | 5.53 | 5.48 | 5.35 | 5.13 | 4.82 |
| 65 | 5.69 | 5.64 | 5.49 | 5.23 | 4.88 |
| 66 | 5.86 | 5.80 | 5.62 | 5.33 | 4.94 |
| 67 | 6.04 | 5.98 | 5.77 | 5.43 | 5.00 |
| 68 | 6.24 | 6.16 | 5.92 | 5.53 | 5.06 |
| 69 | 6.45 | 6.35 | 6.07 | 5.63 | 5.11 |
| 70 | 6.67 | 6.56 | 6.23 | 5.73 | 5.16 |
| 71 | 6.91 | 6.78 | 6.39 | 5.83 | 5.21 |
| 72 | 7.16 | 7.00 | 6.56 | 5.93 | 5.25 |
| 73 | 7.43 | 7.25 | 6.73 | 6.02 | 5.29 |
| 74 | 7.72 | 7.50 | 6.90 | 6.11 | 5.33 |
| 75 | 8.02 | 7.77 | 7.08 | 6.20 | 5.36 |
| 76 | 8.35 | 8.05 | 7.26 | 6.28 | 5.39 |
| 77 | 8.70 | 8.34 | 7.43 | 6.36 | 5.41 |
| 78 | 9.08 | 8.65 | 7.61 | 6.43 | 5.43 |
| 79 | 9.48 | 8.98 | 7.78 | 6.49 | 5.45 |
| 80 | 9.91 | 9.31 | 7.95 | 6.55 | 5.46 |
| 81 | 10.38 | 9.66 | 8.11 | 6.60 | 5.47 |
| 82 | 10.87 | 10.02 | 8.27 | 6.65 | 5.48 |
| 83 | 11.39 | 10.40 | 8.42 | 6.69 | 5.49 |
| 84 | 11.95 | 10.78 | 8.56 | 6.72 | 5.50 |
| 85 | 12.55 | 11.16 | 8.69 | 6.75 | 5.50 |



Case 1:08-cv-00074-S-DLM Document 1-4 Filed 03/03/2008 Page 26 of 35

# Optional Methods of Settlement (Continued)

## Life Annuity and Life Annuity with Certain Period Table for Each $1,000 Applied – Female

| Settlement age of payee nearest birthday: Age | Life Annuity | Number of instalments certain: 60 | 120 | 180 | 240 |
|---|---|---|---|---|---|
| 10 | 2.78 | 2.78 | 2.78 | 2.78 | 2.78 |
| 11 | 2.79 | 2.79 | 2.79 | 2.79 | 2.79 |
| 12 | 2.81 | 2.81 | 2.81 | 2.80 | 2.80 |
| 13 | 2.82 | 2.82 | 2.82 | 2.82 | 2.81 |
| 14 | 2.83 | 2.83 | 2.83 | 2.83 | 2.83 |
| 15 | 2.84 | 2.84 | 2.84 | 2.84 | 2.84 |
| 16 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 |
| 17 | 2.87 | 2.87 | 2.87 | 2.87 | 2.86 |
| 18 | 2.88 | 2.88 | 2.88 | 2.88 | 2.88 |
| 19 | 2.90 | 2.90 | 2.89 | 2.89 | 2.89 |
| 20 | 2.91 | 2.91 | 2.91 | 2.91 | 2.91 |
| 21 | 2.93 | 2.93 | 2.92 | 2.92 | 2.92 |
| 22 | 2.94 | 2.94 | 2.94 | 2.94 | 2.94 |
| 23 | 2.96 | 2.96 | 2.96 | 2.96 | 2.95 |
| 24 | 2.98 | 2.97 | 2.97 | 2.97 | 2.97 |
| 25 | 2.99 | 2.99 | 2.99 | 2.99 | 2.99 |
| 26 | 3.01 | 3.01 | 3.01 | 3.01 | 3.01 |
| 27 | 3.03 | 3.03 | 3.03 | 3.03 | 3.02 |
| 28 | 3.05 | 3.05 | 3.05 | 3.05 | 3.04 |
| 29 | 3.07 | 3.07 | 3.07 | 3.07 | 3.06 |
| 30 | 3.09 | 3.09 | 3.09 | 3.09 | 3.09 |
| 31 | 3.12 | 3.12 | 3.11 | 3.11 | 3.11 |
| 32 | 3.14 | 3.14 | 3.14 | 3.14 | 3.13 |
| 33 | 3.17 | 3.17 | 3.16 | 3.16 | 3.16 |
| 34 | 3.19 | 3.19 | 3.19 | 3.19 | 3.18 |

| Settlement age of payee nearest birthday: Age | Life Annuity | Number of instalments certain: 60 | 120 | 180 | 240 |
|---|---|---|---|---|---|
| 35 | 3.22 | 3.22 | 3.22 | 3.21 | 3.21 |
| 36 | 3.25 | 3.25 | 3.24 | 3.24 | 3.23 |
| 37 | 3.28 | 3.28 | 3.27 | 3.27 | 3.26 |
| 38 | 3.31 | 3.31 | 3.30 | 3.30 | 3.29 |
| 39 | 3.34 | 3.34 | 3.34 | 3.33 | 3.32 |
| 40 | 3.38 | 3.37 | 3.37 | 3.36 | 3.35 |
| 41 | 3.41 | 3.41 | 3.41 | 3.40 | 3.39 |
| 42 | 3.45 | 3.45 | 3.44 | 3.44 | 3.42 |
| 43 | 3.49 | 3.49 | 3.48 | 3.47 | 3.46 |
| 44 | 3.53 | 3.53 | 3.52 | 3.51 | 3.50 |
| 45 | 3.57 | 3.57 | 3.57 | 3.55 | 3.54 |
| 46 | 3.62 | 3.62 | 3.61 | 3.60 | 3.58 |
| 47 | 3.67 | 3.67 | 3.66 | 3.64 | 3.62 |
| 48 | 3.72 | 3.72 | 3.71 | 3.69 | 3.67 |
| 49 | 3.77 | 3.77 | 3.76 | 3.74 | 3.71 |
| 50 | 3.83 | 3.82 | 3.81 | 3.79 | 3.76 |
| 51 | 3.89 | 3.88 | 3.87 | 3.85 | 3.81 |
| 52 | 3.95 | 3.94 | 3.93 | 3.90 | 3.86 |
| 53 | 4.01 | 4.01 | 3.99 | 3.96 | 3.92 |
| 54 | 4.08 | 4.08 | 4.06 | 4.02 | 3.97 |
| 55 | 4.15 | 4.15 | 4.13 | 4.09 | 4.03 |
| 56 | 4.23 | 4.22 | 4.20 | 4.16 | 4.09 |
| 57 | 4.31 | 4.30 | 4.28 | 4.23 | 4.15 |
| 58 | 4.40 | 4.39 | 4.36 | 4.30 | 4.22 |
| 59 | 4.49 | 4.48 | 4.45 | 4.38 | 4.29 |

| Settlement age of payee nearest birthday: Age | Life Annuity | Number of instalments certain: 60 | 120 | 180 | 240 |
|---|---|---|---|---|---|
| 60 | 4.59 | 4.58 | 4.54 | 4.46 | 4.35 |
| 61 | 4.69 | 4.68 | 4.63 | 4.56 | 4.42 |
| 62 | 4.80 | 4.79 | 4.73 | 4.64 | 4.49 |
| 63 | 4.92 | 4.90 | 4.84 | 4.73 | 4.57 |
| 64 | 5.04 | 5.02 | 4.95 | 4.83 | 4.84 |
| 65 | 5.18 | 5.16 | 5.07 | 4.93 | 4.71 |
| 66 | 5.32 | 5.29 | 5.20 | 5.03 | 4.78 |
| 67 | 5.48 | 5.44 | 5.33 | 5.14 | 4.85 |
| 68 | 5.64 | 5.60 | 5.47 | 5.25 | 4.92 |
| 69 | 5.82 | 5.77 | 5.62 | 5.36 | 4.99 |
| 70 | 6.01 | 5.95 | 5.78 | 5.47 | 5.05 |
| 71 | 6.21 | 6.15 | 5.94 | 5.58 | 5.11 |
| 72 | 6.44 | 6.36 | 6.11 | 5.70 | 5.17 |
| 73 | 6.68 | 6.59 | 6.29 | 5.81 | 5.22 |
| 74 | 6.94 | 6.83 | 6.48 | 5.92 | 5.27 |
| 75 | 7.22 | 7.09 | 6.67 | 6.03 | 5.31 |
| 76 | 7.53 | 7.36 | 6.86 | 6.13 | 5.35 |
| 77 | 7.86 | 7.65 | 7.06 | 6.22 | 5.38 |
| 78 | 8.21 | 7.97 | 7.26 | 6.31 | 5.40 |
| 79 | 8.60 | 8.30 | 7.46 | 6.40 | 5.43 |
| 80 | 9.02 | 8.65 | 7.66 | 6.47 | 5.45 |
| 81 | 9.48 | 9.02 | 7.86 | 6.54 | 5.46 |
| 82 | 9.97 | 9.41 | 8.05 | 6.59 | 5.48 |
| 83 | 10.50 | 9.82 | 8.23 | 6.64 | 5.49 |
| 84 | 11.08 | 10.24 | 8.40 | 6.69 | 5.49 |
| 85 | 11.70 | 10.67 | 8.55 | 6.73 | 5.50 |

## Annuity Certain Table for Each $1,000 Applied

| Number of years during which instalments will be paid | Amount of each instalment: Annual | Monthly |
|---|---|---|
| 5 | $211.99 | $17.91 |
| 6 | 179.22 | 15.14 |
| 7 | 155.83 | 13.16 |
| 8 | 138.31 | 11.68 |
| 9 | 124.69 | 10.53 |
| 10 | 113.82 | 9.61 |
| 11 | 104.93 | 8.86 |
| 12 | $97.54 | $8.24 |
| 13 | 91.29 | 7.71 |
| 14 | 85.95 | 7.26 |
| 15 | 81.33 | 6.87 |
| 16 | 77.29 | 6.53 |
| 17 | 73.74 | 6.23 |
| 18 | 70.59 | 5.96 |
| 19 | $67.78 | $5.73 |
| 20 | 65.26 | 5.51 |
| 25 | 55.76 | 4.71 |
| 30 | 49.53 | 4.18 |

# Lapse Protection Rider

This rider is made part of the policy to which it is attached if "Lapse Protection Rider" is shown on the *POLICY SPECIFICATIONS.*

**Lapse Protection.** The policy will not lapse as long as the No-Lapse Value, less Indebtedness, is greater than zero even if the Cash Value, less Indebtedness, under the policy is insufficient to cover the Monthly Deduction.

The No-Lapse Value may become less than zero. If the No-Lapse Value, less Indebtedness, is less than or equal to zero, the policy may lapse as provided by the *POLICY LAPSE AND GRACE PERIOD* provision of the policy.

If the No-Lapse Value less Indebtedness becomes less than zero, but the Net Cash Value of the policy is sufficient to pay the required Monthly Deductions and other applicable policy expenses, the Owner may make additional premium payments at any time to bring the No-Lapse Value, less Indebtedness to an amount greater than zero.

**No-Lapse Value.** The No-Lapse Value is a reference value and is not used in determining the actual Cash Value or Death Benefit provided by the policy. On each Monthly Anniversary Day, the No-Lapse Value will be calculated as (1), plus (2), minus (3), minus (4), minus (5), minus (6) plus (7) where:

(1) is the No-Lapse Value on the preceding Monthly Anniversary Day.

(2) is all premiums received since the preceding Monthly Anniversary Day, less a premium expense charge as follows:

(i) If the premium payment received during a Policy Year, when combined with all previous premium payments for that Policy Year, results in total premium for the Policy Year that is less than or equal to an amount equal to $31.00 multiplied by the greater of: (a) the Specified Amount on the date of payment or (b) the Specified Amount on the Date of Issue, divided by 1000, the premium expense charge will be 40% of the premium payment.

(ii) If the premium payment (or any portion thereof) received during a Policy Year, when combined with all previous premium payments for that Policy Year, results in total premium for the Policy Year that is greater than an amount equal to $31.00 multiplied by the greater of: (a) the Specified Amount on the date of payment or (b) the Specified Amount on the Date of Issue, divided by 1,000, the premium expense charge for the portion of the payment in excess of such amount will be equal to the charge shown in the table below based on age at issue as noted in the *POLICY SPECIFICATIONS.*

| Issue Age | Excess Rate | Issue Age | Excess Rate | Issue Age | Excess Rate |
|---|---|---|---|---|---|
| 0-46 | 47.5% | 56 | 45.8% | 66 | 43.3% |
| 47 | 47.4% | 57 | 45.5% | 67 | 43.1% |
| 48 | 47.3% | 58 | 45.3% | 68 | 42.9% |
| 49 | 47.1% | 59 | 45.0% | 69 | 42.7% |
| 50 | 47.0% | 60 | 44.7% | 70 | 42.5% |
| 51 | 46.8% | 61 | 44.5% | 71 | 42.4% |
| 52 | 46.6% | 62 | 44.2% | 72 | 42.2% |
| 53 | 46.4% | 63 | 44.0% | 73 | 42.1% |
| 54 | 46.2% | 64 | 43.7% | 74-90 | 42.0% |
| 55 | 46.0% | 65 | 43.5% | | |

The premium expense charge for the portion of the payment not in excess of such amount will be as described in (i) above.

(3) is the **No-Lapse Monthly Deduction** for the month following the Monthly Anniversary Day.

(4) is the applicable charge per $1,000 from the *TABLE OF NO-LAPSE EXPENSE CHARGES*, if any.

(5) is the amount of any partial surrenders (i.e. withdrawals) and associated fees under the policy on the Monthly Anniversary Day.

(6) is the surrender charge for any decrease in Specified Amount, from the *TABLE OF SURRENDER CHARGES* shown in the policy, if any.

(7) is interest as explained in the **Interest Credited on No-Lapse Value** provision.

If premium is received at any time other than the beginning of a policy month, the rate of interest used in the calculation of item (7) above will be determined pro rata from the date of receipt.

On any day other than a Monthly Anniversary Day, the No-Lapse Value will be the No-Lapse Value as of the preceding Monthly Anniversary Day, plus all premiums received since the preceding Monthly Anniversary Day, less the premium expense charge noted in item (2) above, plus accumulated interest and less partial surrenders and associated fees.

The No-Lapse Value on the Date of Issue will be the initial premium received less: (i) the No-Lapse Monthly Deduction for the first policy month, (ii) the premium expense charge noted in item (2) above, and (iii) the charge per $1,000 of Initial Specified Amount from the *TABLE OF NO-LAPSE EXPENSE CHARGES.*

**No-Lapse Monthly Deduction.** The No-Lapse Monthly Deduction for a policy month will be calculated as Charge (1) plus Charge (2) where:

CHARGE 1 is the No-Lapse Cost of Insurance (as described in the **No-Lapse Cost of Insurance** provision) and the cost of any additional benefits provided by rider for the policy month; and

CHARGE 2 is an administrative expense charge of $10 per month beginning on the Date of Issue.

**Interest Credited on No-Lapse Value.** Lincoln Life will credit interest to the No-Lapse Value daily. The interest rate credited on unborrowed funds will be no less than 0.01596536% per day, compounded daily (6.0% annually) and the interest rate credited on borrowed funds will be no less than 0.01074598% per day, compounded daily (4.0% annually).

**Persistency Bonus.** Lincoln Life will grant a bonus at the end of Policy Years 6 and thereafter. This amount will equal 0.25% of the No-Lapse Value less Indebtedness in Policy Years 6-10, and will equal 0.50% of the No-Lapse Value less Indebtedness in Policy Years 11 and thereafter and will be applied automatically to increase the No-Lapse Value less Indebtedness of the policy.

**No-Lapse Cost of Insurance.** The No-Lapse Cost of Insurance under this rider is determined on a monthly basis. Such cost will be the result of (1) minus (2), multiplied by (3), and divided by 1,000, where:

(1) is the **No-Lapse Death Benefit** at the beginning of the policy month, divided by 1.0032737;

(2) is the No-Lapse Value at the beginning of the policy month prior to the **No-Lapse Monthly Deduction**, or zero, if greater, and

(3) is the No-Lapse Factor as described in the **No-Lapse Cost of Insurance Rates** provision.

**No-Lapse Death Benefit.** The No-Lapse Death Benefit is calculated as described in the **Death Benefit** provision of the policy using the No-Lapse Value in lieu of the Cash Value.

**No-Lapse Cost of Insurance Rates.** The No-Lapse Cost of Insurance Rates are described in the *TABLE OF NO-LAPSE FACTORS* attached to this rider.

A new *TABLE OF NO-LAPSE FACTORS* will be provided with respect to any increase in Specified Amount under the policy and will apply to the increase for the purpose of determining the No-Lapse Value.

**Termination.** This rider and all rights provided under it will terminate automatically on the first of the following to occur:

(a) the Insured reaches insurance age 100, or

(b) the policy is surrendered or otherwise terminates.

If the rider terminates due to (a) above, coverage will continue as provided under the **Continuation of Insurance** provision of the policy.

**Duration of the Lapse Protection.** The duration of the Lapse Protection provided by this rider may be reduced if: (a) scheduled premiums or other deposits are not received on or before their due date, or (b) the Owner initiates any policy change that decreases the No-Lapse Value under the policy. Policy changes that could decrease the No-Lapse Value include, but are not limited to, partial surrenders, loans, increases in Specified Amount, or changes to Death Benefit Options 2 or 3.

The duration of the Lapse Protection provided by this rider may be increased if: (a) scheduled premiums or other deposits are received before their due date; (b) additional premiums or other deposits are made; (c) the Owner initiates any policy change that increases the No-Lapse Value under the policy.

**Policy Provisions.** Except as provided above, this rider is subject to all the terms of the policy.

**Effective Date.** This rider becomes effective as of its Date of Issue which is the Date of Issue of the policy.

SPECIMEN

The Lincoln National Life Insurance Company

## Table of No-Lapse Expense Charges

A charge per $1,000 of Initial Specified Amount from the table below is due on the Date of Issue and annually for the next nineteen Policy Years. An additional charge per $1,000 will apply with respect to any increase in Specified Amount and will be due on the effective date of the increase annually for an additional nineteen Policy Years. For purposes of calculating charges for such additional Specified Amount, the amount of the increase will be considered a new Initial Specified Amount, and a separate *TABLE OF NO-LAPSE EXPENSE CHARGES* per $1,000 will apply.

| Policy Duration | Expense Charge per $1,000 | Policy Duration | Expense Charge per $1,000 | Policy Duration | Expense Charge per $1,000 |
|---|---|---|---|---|---|
| 1 | 1.120 | 2 | 1.120 | 3 | 1.120 |
| 4 | 1.120 | 5 | 1.120 | 6 | 1.120 |
| 7 | 1.120 | 8 | 1.120 | 9 | 1.120 |
| 10 | 1.120 | 11 | 1.120 | 12 | 1.120 |
| 13 | 1.120 | 14 | 1.120 | 15 | 1.120 |
| 16 | 1.120 | 17 | 1.120 | 18 | 1.120 |
| 19 | 1.120 | 20 | 1.120 | | |

SPECIMEN

## Table of No-Lapse Factors

**SPECIAL NOTE:** These monthly reference factors are based on the sex, issue age (nearest birthday) and premium class of the Insured. If the Insured is in a rated premium class, the No-Lapse rates will be those in the table multiplied by the Risk Factor, if any, shown in the *POLICY SPECIFICATIONS*. In determining the No-Lapse Cost of Insurance used in the calculation of the No-Lapse Value, Lincoln Life will add the amount of the Flat Extra Monthly Insurance Cost, if any, shown in the *POLICY SPECIFICATIONS*. These factors are not used in calculating the actual Cash Value or Death Benefit provided under the policy.

| Duration | Monthly Rate | Duration | Monthly Rate | Duration | Monthly Rate |
|---|---|---|---|---|---|
| 1 | .517020 | 2 | .517020 | 3 | .517020 |
| 4 | .517020 | 5 | .517020 | 6 | .517020 |
| 7 | .612790 | 8 | .677040 | 9 | .748480 |
| 10 | .825680 | 11 | 1.296680 | 12 | 1.418010 |
| 13 | 1.542880 | 14 | 1.674630 | 15 | 1.818130 |
| 16 | 1.977400 | 17 | 2.157480 | 18 | 2.360560 |
| 19 | 2.581730 | 20 | 2.816240 | 21 | 3.058910 |
| 22 | 3.307650 | 23 | 3.561220 | 24 | 3.820620 |
| 25 | 4.088560 | 26 | 4.088560 | 27 | 4.088560 |
| 28 | 4.088560 | 29 | 4.088560 | 30 | 4.088560 |
| 31 | 4.088560 | 32 | 4.088560 | 33 | 4.088560 |
| 34 | 4.088560 | | | | |

SPECIMEN

# The Lincoln National Life Insurance Company

Hartford, CT 06103-1106

M0059

Insured(s): PAUL E L'ARCHEVESQUE

Policy or Annuity Number: 7229888

I hereby amend my application for the above numbered policy or annuity so that:

POLICY/CERTIFICATE FACE AMOUNT IS AS SPECIFIED ON THE POLICY/CERTIFICATE SPECIFICATIONS PAGE OF THE POLICY/CERTIFICATE, AS DELIVERED TO ME.

SPECIMEN

Dated at ______________________ on ______________________
City and State

Witness ______________________ 1st Insured or Annuitant ______________________

Witness ______________________ 2nd Insured or Annuitant ______________________

Witness ______________________ Applicant/Owner ______________________
(If other than Insured or Annuitant)

**RETURN ONE SIGNED COPY TO:** The Lincoln National Life Insurance Company
New Business MGRP
350 Church Street
Hartford, CT 06103-1106

B2758e LL

# The Lincoln National Life Insurance Company

## Policy Amendment

This amendment is part of the policy to which it is attached. Except as stated in this amendment, all of the provisions, limitations and exclusions of the policy remain in effect.

### Definitions

*The definition of Date of Issue in the Definitions section of the policy is replaced with the following:*

**Date of Issue**
This is the date from which the Suicide and Incontestability periods are measured. The Date of Issue is shown on the Policy Specifications.

*The following definition is added to the Definitions section of the policy:*

**Policy Date**
This is the date from which the Monthly Anniversary Days, Policy Anniversaries, Policy Years, policy months and premium due dates are determined. The Policy Date is shown on the Policy Specifications as the Effective Date.

### Insurance Coverage Provisions

*The policy provision titled Date of Coverage is replaced with the following:*

**Date of Coverage**
The dates of coverage under this policy will be as follows:

1. For all coverages provided in the original application, the effective date of coverage will be the date the policy is delivered and the initial premium has been paid prior to the death of the Insured(s) and prior to any change in health or any other factor affecting insurability of the Insured(s) as shown in the application.

2. For any increase, decrease, or addition to coverage, the effective date will be the first Monthly Anniversary Day on or next following the day Lincoln Life approves the application for the increase, decrease, or addition to coverage.

3. For any insurance that has been reinstated, the effective date will be the first Monthly Anniversary Day on or next following the day Lincoln Life approves the application for reinstatement.

### General

Except as stated in this amendment and noted in the Suicide and Incontestability provisions of the policy, the policy references to Date of Issue are replaced with Policy Date.

**The Lincoln National Life Insurance Company**

Dennis R Glass

President

B10448

# The Lincoln National Life Insurance Company

**Flexible Premium Adjustable Life Insurance Policy – Non-Participating**

Death Benefit payable in the event of death of the Insured. Adjustable Death Benefit.

Surrender Value payable upon surrender of the policy.

Flexible Premiums payable to the Insured's age 100 or death of the Insured, whichever is earlier.

Premium Payment Periods and Supplementary Coverages as shown in the *POLICY SPECIFICATIONS*.

LN587