AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

The Lincoln National Life Ins. Co.

V.

Paul L'Archevesque, et al.

**APPEARANCE**

Case Number: 08-74S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Lincoln National Life Insurance Company

I certify that I am admitted to practice in this court.

3/13/2008
Date

Signature: Robert H. Humphrey

Robert H. Humphrey — Print Name
4768 — Bar Number

8 Neck Road — Address

Tiverton — City
RI — State
02878 — Zip Code

(401) 816-5862 — Phone Number
(401) 816-5865 — Fax Number