UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| v. | : | C.A. No. 08-74-S |
| PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust - 2006. | : | |

WITHDRAWAL OF APPEARANCE

Steven M. Richard and the law firm of Nixon Peabody LLP withdraw their appearance as counsel for Plaintiff The Lincoln National Life Insurance Company. Attorney Robert Humphrey has entered his appearance as Plaintiff's counsel.

/s/ Steven M. Richard

Steven M. Richard (#4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
srichard@nixonpeabody.com

Dated: March 17, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF system on this 17th of March, 2008.

**Notice via ECF system:**

**Robert H. Humphrey**

rhh@rhumphreylaw.com

/s/ Steven M. Richard