UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, Plaintiff, | : | |
| v. | : | C.A No. 08-74 |
| PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, Defendants. | : | |

**ANSWER OF PAUL E. L'ARCHEVESQUE**
**TO COMPLAINT FOR DECLARATORY JUDGMENT**

1. Defendant admits that plaintiff is seeking a declaration of its rights. Defendant denies the remainder of this allegation.

2. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to prove the same.

3. Admitted.

4. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to prove the same.

5. This is a conclusion of law that does not require a response.

6. This is a conclusion of law that does not require a response.

7. Admitted that an application was submitted. Defendant does not know the date and calls upon the plaintiff to prove the same.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted to the extent that the Plaintiff understood that he was to provide truthful and accurate responses. Denied as to the remainder of this allegation.

12. Admitted.

13. Admitted to the extent this is recorded on the application. Defendant can neither admit nor deny if Paul L'Archevesque provided this information.

14. Admitted to the extent this is recorded on the application. Defendant can neither admit nor deny if Paul L'Archevesque provided this information.

15. Admitted to the extent a policy had been issued.

16. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to prove the same.

**Lincoln's Discovery of Misrepresentation on the Application**

17. Denied.

18. Denied.

19. Denied.

20. Denied.

**COUNT I**

**DECLARATORY JUDGMENT:**
**POLICY VALIDITY, RIGHTS AND OBLIGATIONS**

21. Defendant incorporates by reference paragraphs 1 through 20 as if fully set forth herein.

22. Denied.

23. Denied.

24. Denied.

WHEREFORE, Defendant respectfully requests a determination that this policy is not void; that it cannot be rescinded unilaterally; that Lincoln may not retain any premiums; and that Defendant be awarded costs and fees in this regard.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff may not succeed as its actions constitute a waiver.

### Second Affirmative Defense

Plaintiff may not succeed based on the doctrine of laches.

### Third Affirmative Defense

Plaintiff may not succeed based on the doctrine of unclean hands.

### Fourth Affirmative Defense

Plaintiff may not recover based on its assumption of the risk.

### Fifth Affirmative Defense

Plaintiff is estopped from recovery.

DEFENDANT,
Paul E. L'Archevesque
By his attorneys,

__/s/ Todd D. White_____________
Todd D. White, Esq. (#5943)
Victoria M. Almeida, Esq. (#1755)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2008, I electronically filed the attached Answer with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail:

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Stephen C. Baker, Esq.
Heather M. Lynch, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

_/s/ Todd D. White________

*448269_1.doc*