**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff | : | **JURY TRIAL DEMANDED** |
| v. | : | C.A. No.: 0874-S |
| PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE OF CHRISTINE K. BUSH**

I hereby enter my appearance on behalf of the Defendant Paul E. L'Archevesque, with regard to the above-captioned case.

Paul E. L'Archevesque,
By his Attorneys,

/s/ Christine K. Bush

Christine K. Bush (5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Ph
(401) 455-0701-Fax
cbush@duffysweeney.com

Dated: April 3, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2008, a true copy of the foregoing ***Entry of Appearance of Christine K. Bush*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Steven M. Richard**
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
401-454-1000
Fax: 401-454-1030
Email: srichard@nixonpeabody.com

**Robert H. Humphrey**
Law Offices of Robert H. Humphrey
8 Neck Road
Tiverton, RI 02878
401-816-5862
Fax: 401-816-5865
Email: rhh@rhumphreylaw.com

**Todd D. White**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: Twhite@apslaw.com

/s/ Christine K. Bush
Christine K. Bush, Esq.