UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A No. 08-74 |
| PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

We, Todd D. White and Victoria M. Almeida, hereby withdraw our appearance on behalf of the Defendant, Paul E. L'Archevesque, in the above-captioned matter.

DEFENDANT,
Paul E. L'Archevesque
By his attorneys,

/s/ Todd D. White
Todd D. White, Esq. (#5943)
Victoria M. Almeida, Esq. (#1755)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2008, I electronically filed the attached Withdrawal of Appearance with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail:

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Stephen C. Baker, Esq.
Heather M. Lynch, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

Robert M. Duffy, Esq.
Christine K. Bush, Esq.
Duffy & Sweeney
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Todd D. White

*450281_1.doc*