AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The Lincoln National Life Ins. Co.

V.

Paul L'Archevesque, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2008-74S

TO: (Name and address of Defendant)

Wilmington Trust Company, as Trustee of The Paul E. L'Archevesque
Special Revocable Trust - 2006
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Humphrey, Esq.
Robert Humphrey Law Offices
8 Neck Road
Tiverton, RI 02878
401-816-5862

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

CLERK

(By) DEPUTY CLERK

DATE 3-13-08

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/20/08 |
| NAME OF SERVER (PRINT) THOMAS WILLIAMS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): PERSONALLY SERVED WILMINGTON TRUST CO, AS TRUSTEE OF THE PAUL L'ARCHEVESQUE SPECIAL REVOCABLE TRUST - 2006 AT 1100 N. MARKET ST, WILM DE 19890 AT 4:40PM PERSON ACCEPTING: NOELLE KWIATKOWSKI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/20/08
Date

Thomas Williams
Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.