(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

The Lincoln National Life Ins. Co.
Plaintiff(s)

v.

Dkt. No. 2008-74S

Paul L'Archevesque, et al.
Defendant(s)

# MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant The Lincoln National Life Ins. Co. hereby moves that Heath M. Lynch be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Robert Humphrey
Print Name

Robert Humphrey Law Offices
Firm and Business Address

8 Neck Road

Tiverton, RI 02878

RI Bar ID # 4768

Email: rhh@rhumphreylaw.com

Tel. # 401-816-5862

Fax # 401-816-5865

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

_____________________
District Judge

_____________________
Date