**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006,<br><br>Defendants. | : | Case No.: 08-74-S-DLM |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**
**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, The Lincoln National Life Insurance Company, as successor by merger to Jefferson-Pilot Life Insurance Company ("Lincoln"), by and through its undersigned attorneys, hereby submits its Disclosure Statement and represents as follows:

1. Lincoln is a nongovernmental corporate party.

2. Lincoln is a subsidiary of Lincoln National Corporation, a publicly traded company (NYSE).

3. No publicly traded corporation holds 10% or more of Lincoln's stock.

April 7, 2008

**ROBERT HUMPHREY LAW OFFICES**

By: /s/ ________________

Robert H. Humphrey #4768
8 Neck Road
Tiverton, Rhode Island 02878
(401) 816-5862 (phone)
(401) 816-5865 (facsimile)
rhh@humphreylaw.com

***Of Counsel***

DRINKER BIDDLE & REATH LLP
Stephen C. Baker
stephen.baker@dbr.com
Heath M. Lynch
heath.lynch@dbr.com
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

*Attorneys for Plaintiff*
*The Lincoln National Life Insurance Company*