**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff | : | **JURY TRIAL DEMANDED** |
| v. | : | C.A. No.: 0874-S |
| PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, | : | |
| Defendants. | : | |

**CORPORATE DISCLOSURE STATEMENT**
**OF WILMINGTON TRUST COMPANY**

Pursuant to Fed. R. Civ. P. 7.1, defendant, Wilmington Trust Company, as Trustee Under the Paul E. L'Archevesque Special Revocable Trust – 2006 ("Wilmington"), hereby represents:

1. Wilmington is a nongovernmental corporate party; and

2. Wilmington is a wholly owned subsidiary of Wilmington Trust Corporation, which is publicly traded (NYSE).

Wilmington Trust Company, as Trustee
Under the Paul E. L'Archevesque Special
Revocable Trust – 2006
By Its Attorneys,

/s/ Christine K. Bush
Robert M. Duffy, Esq. (#4428)
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Ph
(401) 455-0701-Fax
cbush@duffysweeney.com

Dated: April 9, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2008, a true copy of the foregoing ***Disclosure Statement of Wilmington Trust Company*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Steven M. Richard**
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
401-454-1000
Fax: 401-454-1030
Email: srichard@nixonpeabody.com

**Robert H. Humphrey**
Law Offices of Robert H. Humphrey
8 Neck Road
Tiverton, RI 02878
401-816-5862
Fax: 401-816-5865
Email: rhh@rhumphreylaw.com

/s/ Christine K. Bush
Christine K. Bush, Esq.

H:\Clients\L'Archevesque-Wilmington Trust Co\Pleadings\Lincoln National Life Ins. Co. v. Wilmington, et al\Corporate Disclosure Statement of Wilmington Trust Company.doc