(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

The Lincoln National Life Ins. Co.
Plaintiff(s)

v. Dkt. No. 2008-74S

Paul L'Archevesque, et al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant The Lincoln National Life Ins. Co. hereby moves that Heath M. Lynch be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Robert Humphrey
Print Name

Robert Humphrey Law Offices
Firm and Business Address

8 Neck Road

Tiverton, RI 02878

RI Bar ID # 4768

Email: rhh@rhumphreylaw.com

Tel. # 401-816-5862

Fax # 401-816-5865

---

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

District Judge

4/15/08
Date