AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

The Lincoln National Life Ins. Co.

V.

Paul L'Archevesque, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2008-74S

TO: (Name and address of Defendant)

Paul E. L'Archevesque
300 Cherry Lane
Palm Beach, Florida 33480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Humphrey, Esq.
Robert Humphrey Law Offices
8 Neck Road
Tiverton, RI 02878
401-816-5862

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Attest to True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

CLERK

DATE 3-13-08

(By) DEPUTY CLERK [signature]

3/14

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date Signature of Server

______________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

**State of Rhode Island** **County of** **U.S. District Court Court**

Case Number: CA 08 74-S

Plaintiff:
**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
vs.
Defendant:
**PAUL L'ARCHEVESQUE, et al;**

For: Steven Richard
Drinker Biddle & Reath LLP

Received by Burke Investigative Process Service, Inc on the 21st day of March, 2008 at 2:34 pm to be served on **PAUL E. L'ARCHEVESQUE, 300 Cherry Lane, Palm Beach, FL 33480**. I, Tenby Pelelo, being duly sworn, depose and say that on the 1 day of April, 20__ at 9:30 a.m., executed service by delivering a true copy of the **Summons in a Civil Case, and Complaint for Declaratory Judgment, Exhibit A, B** in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving __________ as __________.

( ) CORPORATE SERVICE: By serving __________ as __________.

( ) POSTED SERVICE: After attempting service on ___/___ at ____ and on ___/___ at ____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** 3/27 330p na nh

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 11 day of April 2008 by the affiant who is personally known to me.

__________
NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Harvey Joel Finkel
Commission # DD766421
Expires: APR. 23, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

Tenby Pelelo
__________
PROCESS SERVER # 1135
Appointed in accordance with State Statutes

**Burke Investigative Process Service, Inc**
**P.O. Box 21566**
**Fort Lauderdale, FL 33335**
**(954) 585-6194**

Our Job Serial Number: 2008003114

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c