**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | : | |
| Plaintiff | : | |
| v. | : | C.A. No.: 0874-S |
| PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

We, Robert M. Duffy and Christine K. Bush, hereby withdraw our appearance on behalf of the Defendant, Wilmington Trust Company, in the above-captioned matter.

Wilmington Trust Company,
By Their Attorneys,

/s/ Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Ph
(401) 455-0701-Fax
rduffy@duffysweeney.com
cbush@duffysweeney.com

Dated: July 30, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2008, a true copy of the foregoing ***Withdrawal of Appearance*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Heath M. Lynch**
**Stephen C Baker**
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

**Robert H. Humphrey**
Law Offices of Robert H. Humphrey
8 Neck Road
Tiverton, RI 02878

/s/ Robert M. Duffy
Robert M. Duffy, Esq.

H:\Clients\L'Archevesque-Wilmington Trust Co\Pleadings\Lincoln National Life Ins. Co. v. Wilmington, et al\Entry of Appearance of Joseph V. Cavanagh, Jr..DOC