UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE LINCOLN NATIONAL INSURANCE COMPANY | : | |
| Plaintiff | : | |
| | : | |
| vs: | : | C.A. No. 0874-S |
| | : | |
| PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, As Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, | : | |
| Defendants | : | |

**ENTRY OF APPEARANCE OF JOSEPH V. CAVANAGH, JR. AND MARY C. DUNN**

We hereby enter our appearance on behalf of the Defendant, Wilmington Trust Company, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, with regard to the above-captioned case.

Wilmington Trust Company
By its Attorneys,

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. #1139

/s/ Mary C. Dunn
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900 – Phone
(401) 751-7542 – Fax
jvc@blishcavlaw.com
mcd@blishcavlaw.com

Dated: July 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2008, a true copy of the foregoing ***Entry of Appearance*** was served via First Class Mail to the following counsel of record:

**Heath M. Lynch and Stephen C. Baker**
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

**Robert H. Humphrey**
Law Offices of Robert H. Humphrey
8 Neck Road
Tiverton, RI 02878

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr.