**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006,<br><br>Defendants. | : | Case No.: 08-74-S-DLM |

## NOTICE OF WITHDRAWAL

This is to notify the Court and the parties that Heath M. Lynch has left Drinker Biddle & Reath LLP and, as a result, no longer represents The Lincoln National Life Insurance Company ("Lincoln") in the above-referenced matter. The Lincoln National Life Insurance Company ("Lincoln") continues to be represented in this case by Stephen C. Baker, Jarrod D. Shaw, and Robert H. Humphrey.

Respectfully submitted this 31st day of July, 2008.

**_/s/ Heath M. Lynch__**
Heath M. Lynch (Admitted *pro hac vice)*
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2587

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2008, I caused a copy of the Notice of Withdrawal to be served with the Clerk of the Court using the ECF system. The document is available for reviewing and downloading from the ECF system.

/s/ Heath M. Lynch