(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

The Lincoln National Life Insurance Co.
Plaintiff(s)

Dkt. No. CA 08 74

v.

Paul E. L'Archevesque
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant The Lincoln National Life Ins. Co. hereby moves that Martin Harris be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/
Signature of Local Counsel

Robert H. Humphrey
Print Name

ROBERT HUMPHREY LAW OFFICES
Firm and Business Address

8 Neck Road

Tiverton, Rhode Island 02878

RI Bar ID # I.D. # 4768

Email: rhh@humphreylaw.com

Tel. # (401) 816-5862

Fax # (401) 816-5865

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

WSm
District Judge

8/21/08
Date