**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006,

Defendants.

Case No.: 08-74-S-DLM

**MOTION OF PLAINTIFF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO REQUEST A CONTINUANCE OF THE SEPTEMBER 9, 2008 SETTLEMENT CONFERENCE**

Plaintiff The Lincoln National Life Insurance Company ("Lincoln"), by and through its attorneys, hereby requests a continuance of the currently scheduled Settlement Conference until October 16, 2008 at 2:00, or as otherwise determined by the Court, and in support thereof, avers as follows:

1. On February 29, 2008, Lincoln filed its Complaint in this action.

2. On March 26, 2008, Defendant Paul E. L'Archevesque ("L'Archevesque") filed his answer to Lincoln's Complaint.

3. On April 9, 2008, Defendant Wilmington Trust Company ("Wilmington") filed its answer to Lincoln's complaint.

4. On June 26, 2008, Lincoln served its First Request for Production of Documents and First Set of Interrogatories on both L'Archevesque and Wilmington. On July 22, 2008,

counsel for L'Archevesque and Wilmington requested an extension of time to respond to the discovery requests. Lincoln agreed to extend the time to respond until August 15, 2008.

5. On July 16, 2008, L'Archeveque served his First Request for Production of Documents and First Set of Interrogatories on Lincoln.

6. On August 8, 2008, the parties agreed to an additional extension of the deadline to respond to the outstanding discovery requests until August 29, 2008.

7. On August 27, 2008, counsel for Lincoln requested a further extension of the deadline to respond to the discovery until September 8, 2008, which was agreed to by L'Archevesque.

8. Moreover, the parties are currently negotiating a confidentiality agreement which will be submitted to the Court, as many of the documents that will be produced in this litigation involve documents that contain sensitive, confidential, medical, financial, private and/or proprietary commercial, personal and/or trade secret information.

9. In light of the fact that the parties have not yet engaged in extensive discovery, nor have the parties had an opportunity to evaluate responses to discovery requests that are currently outstanding, Lincoln requests a continuance of the currently scheduled September 9, 2008 conference until October 16, 2008 at 2:00. Moreover, since the parties will not receive responses to discovery until, at the earliest August 29, 2008, but potentially not until September 8, 2008 depending on L'Archevesque's willingness to extend the deadline, the parties will not have the benefit of reviewing the discovery prior to the submission of their respective Settlement Conference Statements, which are currently due on September 2, 2008.

10. Therefore, a continuance will allow the parties to further develop their settlement positions and allow for a more complete and productive Settlement Conference.

11. Lincoln has discussed the request for a continuance with counsel for both Wilmington and L'Archevesque and both Wilmington and L'Archevesque are available on October 16, 2008. In addition, neither Wilmington nor L'Archevesque oppose this motion.

WHEREFORE, Lincoln respectfully requests that the Court grant this Motion for a Continuance of the September 9, 2008 Settlement Conference.

Dated: August 27, 2008

__/s/____________________________

Robert H. Humphrey (I.D. # 4768)
rhh@rhumphreylaw.com
ROBERT HUMPHREY LAW OFFICES
8 Neck Road
Tiverton, Rhode Island 02878
(401) 816-5862 (phone)
(401) 816-5865 (facsimile)

Stephen C. Baker (Admitted *pro hac vice*)
Jarrod D. Shaw (Admitted *pro hac vice*)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

*Attorneys for Plaintiff*
*The Lincoln National Life Insurance Company*

**CERTIFICATE OF SERVICE**

I, Robert H. Humphrey, hereby certify that on this date I caused a true and correct copy of the foregoing Motion for a Continuance of the September 9, 2008 Settlement Conference to be served electronically and/or via U.S. Mail upon the following:

F. Warren Jacoby, Esq.
Lisa R. Marone, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Joseph V. Cavanaugh, Jr., Esq.
Mary C. Dunn, Esq.
Blish & Cavanaugh LLP
30 Exchange Terrace
Providence, RI 02903

Robert M Duffy, Esq.
Christine K. Bush, Esq.
One Turks Head Place, Suite 1200
Providence, RI 02903

Jennifer M. McHugh, Esq.
Cozen O'Connor
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA 19426

Dated: August 27, 2008

/s/
Robert H. Humphrey