**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PAUL E. L'ARCHEVESQUE, and WILMINGTON TRUST COMPANY, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006,<br><br>Defendants. | Case No.: 08-74-S-DLM |

AND NOW, this 27th day of Aug., 2008, upon consideration of The Lincoln National Life Insurance Company's Motion for a Continuance of the September 9, 2008 Settlement Conference, it is hereby ORDERED that the Settlement Conference is continued until October 16, 2008 at 2:00. The parties shall, at least five (5) court days before the October 16, 2008 Settlement Conference exchange, and deliver to Magistrate Judge Martin, a Settlement Conference Statement, which should not be filed with the Clerk of the Court. The Settlement Conference Statement shall include the following:

1. A brief statement of the facts of the case, and of the claims and defenses, i.e., the statutory or other grounds upon which the claims are founded. This statement should identify the major factual and legal issues in dispute.

2. An itemized statement of the damages claimed, and of any other relief sought.

3. A brief summary of the proceedings to date.

4. A history of past settlement discussions, offers and demands. If no discussion have taken place, the Court directs the attorneys to discuss settlement, and exchange demands and offers prior to the Settlement Conference.

BY THE COURT:

David L. Martin

David L. Martin
U.S. Magistrate Judge